**RICE & AMON**
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

SHELDON DAMSKY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/21/07

December 20, 2007
Via Fax (212) 805-7941

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

   Re: Mc Culloch v. Town of Milan
    07 Civ 9780 (LAP)(RLE)

Dear Judge Preska:

  I represent the Defendants in the above-captioned matter. By consent of the parties, with the Court's approval, the Defendants' time to answer or move with respect to the complaint has been extended to and including December 21, 2007. Defendants intend to move to dismiss the complaint pursuant to Rule 12(b)(6). ①

  I request permission to file a memorandum of law not to exceed 45-pages. The action involves a land use dispute. The complaint 43-page complaint asserts claims pursuant to the Fair Housing Act, including disparate treatment and disparate impact claims, due process; equal protection and state law claims. I respectfully submit that a memorandum of law of approximately 45 pages is necessary in order to fully and competently discuss the various defenses and substantive deficiencies of the claims.

  Thank you for your consideration.

Very truly yours,

Terry Rice

TR-wp-1220/158
cc: K Mc Cullogh (212) 398-9512

② Counsel may submit a brief of 35 pages.

SO ORDERED
Loretta A. Preska
UNITED STATES DISTRICT JUDGE
December 21, 2007