```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARMEN OTERO MCCULLOCH            :
                                  :
                Plaintiff,        :   07 Civ. 9780 (LAP)
                                  :
        -against-                 :   ORDER
                                  :
TOWN OF MILAN, et. al,            :
                                  :
                Defendants.       :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.:

    On December 20, 2007, attorneys for Defendants requested leave to file a forty-five page brief accompanying their motion to dismiss, which was due the next day. The Court granted permission to file a thirty-five page brief. (See dkt. no. 19.)

    On December 21, 2007, attorneys for Defendants nevertheless filed a forty-six page memorandum of law accompanying their motion. (See dkt. no. 20.) The Court received a courtesy copy of said memorandum on January 15, 2008. However, the filing will be rejected for failure to comply with the Court's order.

Defendant may submit a memorandum in compliance with the Court's order by January 24, 2008. All other dates shall remain the same.

SO ORDERED:

Dated:   New York, New York
         January 17, 2008

_____
LORETTA A. PRESKA, U.S.D.J.