UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

**CARMEN OTERO Mc CULLOCH**,

Plaintiff,

-against- **07 CV 9780 (LAP) (RLE)**

**TOWN OF MILAN, TOWN OF MILAN TOWN BOARD, JOHN V. TALMADGE**, Town Supervisor, and **ALFRED LO BRUTTON, PAULINE COMBE-CLARK, DIANE MAY**, and **ROSS WILLIAMS**, Councilpersons, **TOWN OF MILAN PLANNING BOARD, LAUREN KINGMAN**, Chairman, and Members **JEFFREY ANAGOS, PETER GROSS, SHEILA MARGIOTTA, MARY ANN HOFFMAN,** and **PAULINE COMBE-CLARK, GARY E. BECK**, Zoning Enforcement Officer, Town of Milan, and **FRANK MARGIOTTA, BARBARA HUGHEY,** and **CHARLOTTE NORMAN,**

Defendants.

---------------------------------------------------------------------X

---

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

---

Rice & Amon
Attorneys for Defendants
Four Executive Boulevard
Suite 100
Suffern, New York 10901
(845) 357-4000

Terry Rice

# TABLE OF CONTENTS

**PRELIMINARY STATEMENT**

**POINT I**

**PLAINTIFF'S CLAIMS ARE NOT RIPE** 1

**A. Introduction** 1

**B. Final Decision Requirement (Prong-One Ripeness)– All Claims** 1

**C. Prong-Two Ripeness – Taking Claim** 3

**D. Easement Interpretation** 4

**E. Conclusion** 4

**POINT II**

**FAIR HOUSING ACT CLAIMS BARRED BY STATUTE OF LIMITATIONS** 4

**POINT III**

**CHALLENGE TO SUBDIVSION CONDITIONS BARRED BY STATUTE OF LIMITATIONS** 5

**POINT IV**

**THE COMPLAINT FAILS TO STATE A CAUSE OF ACTION PURSUANT TO THE FAIR HOUSING ACT** 5

**A. Introduction** 5

**B. "City People" Not Covered by FHA** 6

**C. The Town Did Not Make a Dwelling Unavailable/Plaintiff Not Aggrieved** 6

**D. Disparate Treatment** 7

**E. Disparate Impact** 10

**i. Introduction** 10

**ii. No Policy or Practice** 11

**iii. Statistical Evidence** 12

**F. Conclusion** 14

**POINT V**

**PLAINTIFFS LACK A PROPERTY INTEREST** 14

**A. Introduction** 14

**B. No Property Interest if Reviewing Agency Possesses Discretion** 14

**C. No Property Interest in Subdivision Approval or in Unconditional Subdivision Approval** 15

**POINT VI**

**PLAINTIFF DOES NOT POSSESSES A SUBSTANTIVE DUE PROCESS CLAIM** 19

**A. Equal Protection and Taking Claims Preclude Substantive Due Process Claim** 19

**B. The Complaint Fails to State a Substantive Due Process Claim** 20

**C. Because of the Existence of Available Judicial Review, a Substantive Due Process Claim is Not Stated** 22

**POINT VII**

**THE COMPLAINT FAILS TO STATE A PROCEDURAL DUE PROCESS CLAIM** 23

**POINT VIII**

**NO TAKING CLAIM EXISTS AS A MATTER OF LAW** 24

**A. Plaintiff Not Deprived of All Use of Property** 24

**B. Conservation Easement – Not Unconstitutional Exaction** 26

**POINT IX**

**CLAIMS AGAINST INDIVIUDAL DEFENDANTS BARRED BY *KNORR-PENNINGTON* DOCTRINE** 31

**POINT X**

**INDIVIDUAL DEFENDANTS ENTITLED TO QUALIFIED IMMUNITY** 32

**POINT XI**

**FAILURE TO ALLEGE FILING OF PROPER NOTICE OF CLAIM BARS CLAIM PURSUANT TO NEW YORK STATE CONSTITUTION, STATE LAW** 33

**POINT XII**

**COMPLAINT FAILS TO STATE A CLAIM FOR TORTIOUS INTERFERENCE WITH CONTRACT/ PROSPECTIVE ECONOMIC ADVANTAGE** 34

**CONCLUSION** 35

**TABLE OF AUTHORITIES**

Federal Decisions


*2922 Sherman Ave. Tenants' Ass'n v. District of Columbia*, 444 F.3d 673 (C.A.D.C. 2006) 12

*Affordable Housing Development Corp. v. City of Fresno*, 433 F.3d 1182 (9th Cir. 2006) 31

*Agins v. City of Tiburon*, 447 U.S. 255 (1980) 28, 29

*Albiero v. City of Kankakee*, 122 F.3d 417 (7th Cir. 1997) 21

*Albright v. Oliver*, 510 U.S. 266 (1994) 19

*Alpha III, Inc. v. City of San Diego*, 187 Fed.Appx. 709 (9th Cir. 2006) 31

*Andrus v. Allard*, 444 U.S. 51 (1979) 25

*Armendariz v. Penman*, 75 F.3d 1311 (9th Cir. 1996) 19

*Ayeni v. Mottola*, 35 F.3d 680 (2d Cir. 1994), *cert. denied*, 514 U.S. 1062 (1995) 19

*Bangerter v. Orem City Corp.*, 46 F.3d 1491 (10th Cir. 1995) 7

*Barta v. Board of Regents*, 79 F.3d 717 (8th Cir. 1996) 15 n.4

*Bello v. Walker*, 840 F.2d 1124 (1st Cir.), *cert. denied*, 488 U.S. 868 (1988) 23

*Benjamin v. Town of Fenton*, 892 F.Supp. 64 (N.D.N.Y. 1995) 21

*Blain v. Township of Radnor*, 2004 WL 1151727 (E.D.Pa. 2004), *aff'd*, 167 Fed.Appx. 330 (3d Cir. 2006) 29

*Board of Regents v. Roth*, 408 U.S. 564 (1972) 15 n.4

*Boulware v. Nevada Department of Human Resources*, 793 F.2d 800 (9th Cir. 1992) 31

*Bower Associates v. Town of Pleasant Valley*, 2 N.Y.3d 617, 781 N.Y.S.2d 240, 814 N.E.2d 410 (2004) 15-16

*Brady v. Town of Colchester*, 863 F.2d 205 (2d Cir. 1988) 23

*Bryant v. City of New York*, 404 F.3d 128 (2d Cir. 2005) 20

*Bryant Woods Inn, Inc. v. Howard County*, 911 F.Supp.2d 918 (D.My 1996), *aff'd*, 124 F.3d 597 (4th Cir. 1997) 10 n.2

*Buckles v. King County*, 191 F.3d 1127 (9th Cir. 1999) 20

*Caidor v. M & T Bank*, 2006 WL 839547 (N.D.N.Y. 2006) 20

*California Motor Transp. Co. v. Trucking Unlimited*, 404 U.S. 508 (1972) 31

*Catanzaro v. Weiden*, 188 F.3d 56 (2d Cir. 1999) 20

*Carson Harbor Village, Ltd. v. City of Carson*, 37 F.3d 468 (9th Cir. 1994) 1

*Cedarwood v. Town of Schodack*, 954 F.Supp. 513 (N.D.N.Y. 1997) 15

*Chiplin Enterprises v. City of Lebanon*, 712 F.2d 1524 (1st Cir. 1983) 21

*City of Monterey v. Del Monte Dunes at Monterey*, 526 U.S. 687 (1999) 26

*Country View Estates @ Ridge LLC v. Town of Brookhaven*, 452 F.Supp.2d 142 (E.D.N.Y. 2006) 2

*County of Sacramento v. Lewis*, 523 U.S. 833 (1998) 19, 20

*County of Suffolk v. Long Island Lighting Co.*, 710 F.Supp. 1387 (E.D.N.Y. 1989), *aff'd*, 907 F.2d 1295 (2d Cir. 1990) 31

*Creative Environment, Inc. v. Estabrook*, 680 F.2d 822 (1st Cir.), *cert. denied*, 459 U.S. 989 (1982) 23

*Crowley v. Courville*, 76 F.3d 47 (2d Cir. 1996) 14, 15, 20

*DeBlasio v. Zoning Board of Adjustment of the Town of West Armwell*, 53 F.3d 593 (3d Cir.), *cert .denied*, 516 U.S. 937 (1995) 23

*Deepwells Estates, Inc. v. Village of Head of the Harbor*, 973 F.Supp. 338 (E.D.N.Y. 1997), *appeal dismissed*, 162 F.3d 1147 (2d Cir. 1998) 15-16

*DLC Management Corp. v. Town of Hyde Park*, 163 F.3d 124 (2d Cir. 1998) 15

*Dolan v. City of Tigard*, 512 U.S. 374 (1994) 26, 27, 28

*Dougherty v. Town of New Hempstead Board of Zoning Appeals*, 282 F.3d 83 (2d Cir. 2002) 2

| | |
|---|---|
| *Eastampton Center, L.L.C. v. Township of Eastampton*, 155 F.Supp.2d 102 (D.N.J. 2001) | 7 |
| *Edwards v. Media Borough Council*, 430 F.Supp.2d 445 (E.D. Pa. 2006) | 12 |
| *Eichenlaub v. Township of Indiana*, 385 F.3d 285 (3d Cir. 2004) | 22 n.6 |
| *Euclid v. Ambler Realty Co.*, 272 U.S. 365 (1926) | 25 |
| *Fischer Sand & Aggregate Co. v. City of Lakeville*, 874 F.2d 957 (D. Minn. 1994) | 31 |
| *First English Evangelical Lutheran Church v. County of Los Angeles*, 427 U.S. 304 (1987) | 24 |
| *Frooks v. Town of Cortland*, 997 F.Supp. 438 (S.D.N.Y. 1998), *aff'd*, 182 F.3d 899 (2d Cir. 1999) | 3, 21 |
| *Gagliardi v. Village of Pawling*, 18 F.3d 188 (2d Cir. 1994) | 15, 23 n.7 |
| *Gamble v. City of Escondido*, 104 F.3d 300 (9th Cir. 1997) | 10 |
| *Garcia v. Spun Steak Co.*, 998 F.2d 1480, *rehearing denied*, 13 F.3d 296 (9th Cir. 1993) | 11, 12 |
| *Goldbaltt v. Town of Hempstead*, 369 U.S. 590 (1962) | 24-25 |
| *Gottlieb v. Village of Irvington*, 69 F.Supp.2d 553 (S.D.N.Y. 1999) | 2 n.1, 22 |
| *Graham v. Connor*, 490 U.S. 386 (1989) | 19 |
| *Hadacheck v. Sebastian*, 239 U.S. 394 (1915) | 25 |
| *Hallmark Developers, Inc. v. Fulton County*, 466 F.3d 1276 (11th Cir. 2006) | 10, 13 |
| *Hamilton v. Svatik*, 779 F.2d 383 (7th Cir.1985) | 8 |
| *Hampton Bays Connections, Inc. v. Duffy*, 127 F.Supp.2d 364 (E.D.N.Y. 2001) | 24 |
| *Harlen Associates v. Village of Mineola*, 273 F.3d 494, 501 (2d Cir 2001) | 10 n.2, 14 |
| *Hellenic American Neighborhood Action Comm. v. City of New York*, 101 F.3d 877 (2d Cir. 1996), *cert. dismissed*, 521 U.S. 1140 (1997) | 22 |

| | |
|---|---|
| *Hemisphere Bldg. Co., Inc. v. Village of Richton Park*, 171 F.3d 437 (7th Cir. 1999) | 12 |
| *Hi Pockets, Inc. v. The Music Conservatory of White Plains*, 192 F.Supp.2d 143 (S.D.N.Y. 2002) | 22 |
| *Hoeck v. City of Portland*, 57 F.3d 781 (9th Cir. 1995), *cert. denied*, 516 U.S. 1112 (1996) | 21 n.5 |
| *Honess 52 Corp. v. Town of Fishkill*, 1 F.Supp.2d 294 (S.D.N.Y. 1998) | 17 |
| *Huntington Branch, N.A.A.C.P. v. Town of Huntington*, 844 F.2d 926 (2d Cir. 1988), *aff'd in part*, 488 U.S. 15 (1988), *rehearing denied*, 488 U.S. 1023 (1989) | 13 |
| *Jones v. McMahon*, 2005 WL 928667 (N.D.N.Y. 2005), *aff'd, in part, dismissed in part*, 465 F.3d 46, 2006 WL 2828506 (2006) | 20 |
| *Kaluczky v. City of White Plains*, 57 F.3d 202 (2d Cir. 1995) | 19 |
| *Keystone Bituminous Coal Ass'n v. DeBenedictis*, 480 U.S. 470 (1987) | 25 |
| *LeBlanc-Sternberg v. Fletcher*, 67 F.3d 412 (2d Cir. 1995) | 5, 7, 9 |
| *Licari v. Ferruzzi*, 22 F.3d 344 (1st Cir. 1994) | 20 |
| *Lingle v. Chevron USA Inc.*, 544 U.S. 528 (2005) | 26 |
| *Lorence v. Achtyl*, 20 F.3d 529 (2d Cir. 1994) | 21 |
| *Lucas v. South Carolina Coastal Council*, 505 U.S. 1003 (1992) | 24 |
| *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) | 7 |
| *Macone v. Town of Wakefield*, 277 F.3d 1 (1st Cir. 2002) | 13 |
| *Manistee Town Center v. City of Glendale*, 227 F.3d 1090 (9th Cir. 2000) | 31 |
| *Maple Properties, Inc. v. Township of Upper Providence*, 151 Fed.Appx. 174 (3d Cir. 2005) | 22 n.6 |
| *Marathon Outdoor, LLC v. Vesconti*, 107 F.Supp.2d 355 (S.D.N.Y. 2000) | 2 |
| *Marino v. Ameruso*, 837 F.2d 45 (2d. Cir.1988) | 24 |

| | |
|---|---|
| *Marriott Senior Living Services, Inc. v. Springfield Township*, 78 F.Supp.2d 376 (E.D.Pa. 1999) | 2 |
| *Martin v. N.Y. State Dep't of Mental Hygiene*, 588 F.2d 371 (2d Cir. 1978) | 8 |
| *Midnight Sessions, Ltd. v. City of Philadelphia*, 945 F.2d 667 (3d Cir. 1991), *cert. denied*, 503 U.S. 984 (1992) | 10 n.2, 23 |
| *Mikels Motors, Inc. v. Township of Stroud*, 48 Fed.Appx. 844 (3d Cir. 2002) | 10 n.2 |
| *Miracle Mile Associates v. City of Rochester*, 617 F.2d 18 (2d Cir. 1980) | 31 |
| *Missouri v. National Organization for Woman*, 620 F.2d 1301 (8th Cir.), *cert. denied*, 449 U.S. 842 (1980) | 31 |
| *MKA Realty Corp. v. Town of Wallkill*, 82 Fed.Appx. 712 (2d Cir. 2003) | 14 |
| *Mountain Side Mobile Estate Partnership v. Secretary of Housing and Urban Development*, 56 F.3d 1243 (10th Cir. 1995) | 11, 13 |
| *Murphy v. New Milford Zoning Commission*, 402 F.3d 342 (2d Cir. 2005) | 2 |
| *Natale v. Town of Ridgefield*, 170 F.3d 258 (2d Cir. 1999) | 15, 22, 32 |
| *Nollan v. California Coastal Commission*, 483 U.S. 825 (1987) | 26, 27, 28 |
| *Norton v. Village of Corrales,* 103 F.3d 928 (10th Cir. 1996) | 21 |
| *Orange Lake Associates v. Kirkpatrick*, 21 F.3d 1214 (2d Cir. 1994) | 16, 24 |
| *Palazzolo v. Rhode Island*, 533 U.S. 606 (2001) | 25 |
| *Palmieri v. Town of Babylon*, 2006 WL 1155162 (E.D.N.Y. 2006) | 7, 11 |
| *Penn Central Transportation Co. v. City of New York,* 438 U.S. 104 (1978) | 24, 25, 28, 29 |
| *PFZ Properties v. Rodrigues*, 928 F.2d 28 (1st Cir. 1991), *cert. dismissed*, 503 U.S. 257 (1992) | 22 |
| *Regional Economic Community Action Program, Inc. v. City of Middletown*, 294 F.3d 35, 49 (2d Cir.), *cert. denied*, 537 U.S. 813 (2002) | 7, 9, 10, 11 |
| *Reinhart v. Lincoln County*, 482 F.3d 1225 (10th Cir. 2007) | 7, 10, 11, 12 |

*Robinson v. Limerick Township*, 2005 WL 627880 (E.D.Pa. 2005) 22 n.6

*RRI Realty Corp. v. Village of Southampton*, 870 F.2d 911 (2d Cir.), *cert. denied*, 493 U.S. 893 (1989) 15, 15 n.3

*Sag Harbor Port Assocs. v. Village of Sag Harbor*, 21 F.Supp.2d 179 (E.D.N.Y. 1998), *aff'd*, 182 F.3d 901 (2d Cir 1999) 3

*Sanghvi v. City of Claremont*, 328 F.3d 532 (9th Cir.), *cert. denied*, 540 U.S. 1075 (2003), *rehearing denied*, 540 U.S 1170 (2004) 31

*Simms v. First Gibraltar Bank*, 83 F.3d 1546 (5th Cir. 1996), *cert. denied*, 519 U.S. 1041 (1996) 10

*Smith v. City of Albany*, 2006 WL 839525 (N.D.N.Y. 2006), *aff'd*, 2007 WL 2973995 (2d Cir. 2007) 20

*Smith v. United Federation of Teachers*, 162 F.3d 1148 (2d Cir.), *cert. denied*, 525 U.S. 883 (1998) 8

*Smith & Lee Associates, Inc. v. City of Taylor*, 102 F.3d 781 (6th Cir. 1996) 7

*Southend Neighborhood Imp. Ass'n v. St. Clair County*, 743 F.2d 1207 (7th Cir. 1984) 10

*Southview Associates v. Bongartz*, 980 F.2d 84 (2d Cir. 1992), *cert. denied*, 507 U.S. 987 (1993) 2, 21

*Spradlin v. Borough of Danville*, 2005 WL 3320788 (M.D.Pa. 2005), *aff'd*, 188 Fed.Appx. 149 (3d Dept. 2006) 22 n.6

*Spaulding v. University of Washington*, 740 F.2d 686 (9th Cir.), *cert. denied*, 469 U.S. 1036 (1984) 11

*Sylvia Development Corp. v. Calvert County*, 48 F.3d 810 (4th Cir. 1995) 20, 21

*Tahoe-Sierra Preservation Council, Inc. v. Tahoe Regional Planning Agency*, 535 U.S. 302 (2002) 25

*Tara Circle, Inc. v. Bifano*, 1997 WL 399 683 (S.D.N.Y. 1997) 23-24

*Triomphe Investors v. City of Northwood*, 49 F.3d 198 (6th Cir.), *cert. denied*, 516 U.S. 816 (1995) 21

*T.S. Haulers v. Town of Riverhead*, 190 F.Supp. 455 (E.D.N.Y. 2002) 24

*Tsombanidis v. West Haven Fire Dept.*, 352 F.3d 565 (2d Cir. 2003) 7

*Tsombanidis v. City of West Haven*, 129 F.Supp.2d 136 (D.Conn. 2001) 2

*Tufano v. One Toms Point Lane Corp.*, 64 F.Supp.2d 119 (E.D.N.Y. 1999), *aff'd*, 229 F.3d 1136 (2d Cir. 2000) 8, 9

*Velez v. Levy*, 401 F.3d 75 (2d Cir. 2005) 20

*Ventura Village, Inc. v. City of Minneapolis*, 318 F.Supp.2d 822 (D. Minn. 2004), *aff'd*, 419 F.3d 725 (8th Cir. 2005) 11

*Village of Arlington Heights v. Metropolitan Housing Development Corp.*, 429 U.S. 252 (1977) 7

*Village Ponder v. Town of Darien*, 56 F.3d 375 (2d Cir. 1995), *cert. denied*, 117 S.Ct. 50 (1996) 14-15

*Westrum Land Development Corp. v. Whitpain Township*, 2002 WL 32351106 (E.D.Pa. 2002) 29

*Williamson County Regional Planning Commission v. Hamilton Bank*, 473 U.S. 172 (1985) 1, 3

*Woodfield Equities, LLC v. Village of Patchogue*, 357 F.Supp.2d 622 (E.D.N.Y.), *aff'd*, 156 Fed.Appx. 389 (2d Cir. 2005) 2

*Yale Auto Parts v. Johnson*, 758 F.2d 54 (2d Cir. 1985) 22

*Yusuf v. Vassar College*, 35 F.3d 709 (2d Cir. 1994) 8

*Zahra v. Town of Southold*, 48 F.3d 674 (2d Cir. 1995) 14, 15, 21, 23 n.7, 32

*Zeigler v. Town of Kent*, 258 F.Supp.2d 49 (D.Conn. 2003) 18

Federal Statutes

42 U.S.C. § 3604(a) 6

42 U.S.C. § 3613(a)(1)(A) 4, 6

State Court Decisions

*Alaxanian v. City of Troy*, 69 A.D.2d 937, 415 N.Y.S.2d 293 (3d Dept. 1979) 34

*American Preferred Prescriptions, Inc. v. Health Management, Inc.*, 252 A.D.2d 414, 417, 678 N.Y.S.2d 1, 4 (1st Dept 1998) 34

*Bidnick v. Johnson*, 253 A.D.2d 779, 677 N.Y.S.2d 614 (2d Dept. 1998) 34

*Caprer v. Nussbaum*, 36 A.D.3d 176, 825 N.Y.S.2d 55 (2d Dept. 2006) 35

*De St. Aubin v. Flacke*, 68 N.Y.2d 66, 505 N.Y.S.2d 859, 496 N.E.2d 879 (1986) 5

*Fawn Builders v. Planning Bd. of Lewisboro*, 223 A.D.2d 996, 636 N.Y.S.2d 873 (3d Dept. 1996) 16

*Gazza v. New York State Department of Environmental Conservation*, 89 N.Y.2d 603, 657 N.Y.S.2d 555, 679 N.E.2d 1035, *cert. denied*, 522 U.S. 813 (1997) 24

*Greifenberger v. Pav*, 225 A.D.2d 731, 640 N.Y.S.2d 197 (2d Dept. 1996), *lv. dismissed in part, denied in part*, 89 N.Y.2d 963, 655 N.Y.S.2d 883, 678 N.E.2d 495 (1997) 33

*Guard-Life Corp. v. Parker Hardware Mfg. Corp.*, 50 N.Y.2d 183, 428 N.Y.S.2d 628, 406 N.E.2d 445 (1980) 35

*Home Town Muffler Inc. v. Cole Muffler Inc.*, 202 A.D.2d 764, 608 N.Y.S.2d 735 (3d Dept. 1994) 35

*Innovative Technology Group Corp. v. Planning Bd. of Town of Woodbury*, 20 A.D.3d 531, 799 N.Y.S.2d 544 (2d Dept. 2005) 5

*Klein v. City of Yonkers*, 73 A.D.2d 931, 423 N.Y.S.2d 685 (2d Dept. 1980), *aff'd*, 53 N.Y.2d 1011, 442 N.Y.S.2d 477, 425 N.E.2d 865 (1981) 33

*Korbel v. Zoning Board of Appeals of the Town of Horicon*, 28 A.D.3d 888, 814 N.Y.S.2d 301 (3d Dept. 2006) 2

*Lama Holding Co. v. Smith Barney Inc.*, 88 N.Y.2d 413, 646 N.Y.S.2d 76, 668 N.E.2d 1370 (1996) 34

*Landing Estates v. Jones*, 67 Misc.2d 354, 324 N.Y.S.2d 255 (Sup. Ct. Suffolk Co. 1971) 17

*Long Island Pine Barrens Soc., Inc. v. Planning Board of the Town of Brookhaven*, 78 N.Y.2d 608, 578 N.Y.S.2d 466, 585 N.E.2d 778 (1991) 5

*Mackall v. White*, 85 A.D.2d 696, 445 N.Y.S.2d 486 (2d Dept. 1981), *lv. denied*, 56 N.Y.2d 503, 435 N.E.2d 1100, 450 N.Y.S.2d 1025 (1982) 18

*McGowan v. Cohalan*, 41 N.Y.2d 434, 393 N.Y.S.2d 376, 361 N.E.2d 1025 (1978) 25

*Miller v. Price*, 267 A.D.2d 363, 700 N.Y.S.2d 209 (2d Dept. 1999) 2

*M & M Partnership v. Sweenor*, 210 A.D.2d 575, 619 N.Y.S.2d 802 (3d Dept. 1994) 16

*Northern Westchester Professional Park Assocs. v. Town of Bedford*, 60 N.Y.2d 492, 470 N.Y.S.2d 350, 458 N.E.2d 809 (1983) 25

*Ozols v. Henley*, 81 A.D.2d 670, 438 N.Y.S.2d 349 (2d Dept.), *appeal dismissed*, 54 N.Y.2d 1023, 446 N.Y.S.2d 263, 430 N.E.2d 1316 (1981) 17

*Pearson Kent Corp. v. Bear*, 28 N.Y.2d 396, 322 N.Y.S.2d 235, 271 N.E.2d 218 (1971) 17

*Reed v. Planning Board of the Town of Chester*, 120 A.D.2d 510, 501 N.Y.S.2d 710 (2d Dept. 1986) 17

*Ross v. Town of Santa Clara*, 266 A.D.2d 678, 698 N.Y.S.2d 90 (3d Dept. 1999) 29

*Smith v. Town of Mendon*, 4 N.Y.3d 1, 789 N.Y.S.2d 696, 822 N.E.2d 1214 (2004) 35, 27-28

*Snyder v. Sony Music Entertainment, Inc.*, 252 A.D.2d 294, 684 N.Y.S.2d 235 (1st Dept. 1999) 35

*Terra Homes v. Smallwood*, 247 A.D.2d 394, 667 N.Y.S.2d 920 (2d Dept.), *lv. denied*, 92 N.Y.2d 809, 678 N.Y.S.2d 595, 700 N.E.2d 1231 (1998) 16

*Wulfsohn v. Burden*, 241 N.Y. 288, 302 N.E.2d 120 (1925) 25

State Statutes

Town Law § 267-a(5)(b) 2

Town Law § 267-b(1) 3

Town Law § 276 17

Town Law § 277 16, 17, 19

Town Law § 282 5

Town of Milan Code

§ 177-2 30

§ 177-13(E) 17

§ 177-21(B) 40

§ 177-33 19

§ 177-34 19

§ 200-6.1(A) 30

§ 200-39(A)(1) 29