**RICE & AMON**
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N Y & N J

SHELDON DAMSKY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

January 17, 2008
Via Fax (212) 805-7941

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

    Re: Mc Culloch v. Town of Milan
        07 Civ 9780 (LAP)(RLE)

Dear Judge Preska:

    I represent the Defendants in the above-captioned matter. I received your order with respect to the Defendants' 46-page memorandum of law today. I apologize for filing a memorandum in excess of the 35-page limit directed in your order of December 21, 2007. However, I had not received the December 21, 2007 order and was unaware of it until I received your January 17 order today. We will revise the memorandum of law in order to comply with your directive. Again, I apologize for the inadvertent filing of a memorandum in excess of that which the Court permitted. Thank you.

Very truly yours,

Terry Rice

TR-wp-0117/7
cc: K. Mc Cullogh (212) 398-9512

*Counsel is reminded of his obligation to keep himself informed of the entries on the Court's docket.*
*January 17, 2008*

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE