UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CARMEN OTERO MC CULLOCH,

                                                    Civil Action No. 07 CIV 9780
                                                    (LAP) (RLE)

            PLAINTIFF,

       v.

TOWN OF MILAN, TOWN OF MILAN TOWN BOARD, JOHN V. TALMADGE, Town Supervisor, and ALFRED LO BRUTTON, PAULINE COMBE-CLARK, DIANE MAY, and ROSS WILLIAMS, Councilpersons; TOWN OF MILAN PLANNING BOARD, LAUREN KINGMAN, Chairman, and Members JEFFREY ANAGOS, PETER GOSS, SHEILA MARGIOTTA, MARY ANN HOFFMAN, AND PAULINE COMBE-CLARK; And GARY E. BECK, Zoning Enforcement Officer, Town of Milan; And Frank Margiotta, Barbara Hughey, And Charlotte Norman

           DEFENDANTS.
_____

_____

**PLAINTIFF'S MEMO OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**
_____

                                                    Respectfully submitted,

                                                    Kenneth Mc Culloch, Esq.
                                                    Attorney For Plaintiff
                                                    516 Fifth Avenue, 12th Fl.
                                                    New York, N.Y. 10036
                                                    Tel. 212-398-9508

**TABLE OF CONTENTS**

Page

INTRODUCTION……………………………………………………………..1

A. STANDARD OF REVIEW…………………………………………………2

B. STANDARD FOR AMENDMENTS………………………………………3

C. STANDARDS FOR SUPPLEMENTAL JURISDICTION CLAIMS…………4

POINT I     PLAINTIFF'S FIRST CAUSE OF ACTION
UNDER THE FHA SHOULD NOT BE DISMISSED…………………………5

A. Plaintiff's FHA Claim Is Not Barred By The Statute Of Limitations………...6

B. The Complaint States a Cause of Action for Violation of the FHA……………6

    1. Plaintiff is "aggrieved" within the meaning of the FHA………………..6

    2. Plaintiff has stated a cause of action for violation of the FHA………….8

    3. Plaintiff's FHA action is "ripe" for consideration now………………...14

    4. Plaintiff's FHA action is not barred by the
    *Noerr-Pennington* doctrine……………………………………………18

POINT II – DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AND THIRD CAUSES OF
ACTION SHOULD BE DENIED……………………………………………..19

POINT III     DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
FOURTH CAUSE OF ACTION SHOULD BE DENIED………………………..27

POINT IV     DEFENDANTS HAVE NOT ADDRESSED
PLAINTIFF'S FIFTH AND SIXTH CAUSES OF ACTION
IN THEIR MOTION TO DISMISS……………………………………………..28

POINT V     NONE OF PLAINTIFFS' CLAIMS REQUIRE AN
ALLEGATION THAT A NOTICE OF CLAIM HAD BEEN FILED…………..28

POINT VI     DEFENDANTS' AFFIRMATIVE DEFENSE
OF QUALIFIED IMMUNITY IS PREMATURE………………………………..29

CONCLUSION……………………………………………………………........30

## TABLE OF AUTHORITIES

Page

*Cases*

*Allen v. Town of North Hempstead*, 121 Misc. 2d 795,
469 N.Y.S.2d 528 (Sup. Ct. Nassau Co. 1983)……………………………………11

*Asian Ams. For Equality v. Koch*, 72 N.Y.2d 121,
531 N.Y.S.2d 782, 527 N.E.2d 265 (1999)……………………………………….13

*Assisted Living Associates LLC v. Moorestown Tp.*,
996 F.Supp. 409 (D.N.J. 1998)………………………………………………...6, 8, 16

*Berenson v. Town of New Castle*, 38 N.Y. 2d 102,
378 N.Y.S.2d 672 (1975)…………………………………………………………10

*Bryant Woods, Inc. v. Howard County, Md.,* 124 F.3d 597 (4th Cir. 1997)….15, 16, 29

*Cole v. Housing Authority*, 435 F.2d 807 (1st Cir. 1970)……………………………11

*Connolly v. Mc Call,* 254 F.3d 36 (2d Cir. 2001)……………………………………..5

*Cornwell v. Robinson, et al.*, 23 F. 3d 694 (2d Cir.1994)……………………………14

*Crowley v. Courville,* 76 F.3d 47, 52 (2d Cir. 1996)…………………………………23

*Deepwells Estates v. Incorporated Village of Head*,
973 F. Supp. 338 (E.D.N.Y. 1997), *appeal dismissed*,
162 F.3d 1147 (2d Cir. 1998)……………………………………………..2, 3, 20, 23

*Diaz v. Bd. of Educ. Of City Of New York,* 162 Misc. 2d 998,
618 N.Y.S. 2d 948 (Sup. Ct., Kings Co. 1994)……………………………………..29

*De St. Aubin v. Flacke,* 68 N.Y. 2d 66, 505 N.Y.S.2d 859,
496 N.E.2d 879 (1986)……………………………………………………………..16

*Eastern Paralyzed Veterans Ass'n, Inc. v. Lazurus-Burman Associates, Inc.*,
133 F.Supp. 2d 203 (E.D.N.Y. 2001)………………………………………………..5

*Felder v. Casey,* 487 U.S. 132 (1987)……………………………………………... 29

*Groome Resources Ltd. v. Parish of Jefferson,* 234 F.3d 192 (5th Cir. 2000)…………15

*Hallmark Developers, Inc. v. Fulton County, GA.*,
466 F.3d 1276 (11th Cir. 2006)……………………………………………………10

*Harris v. City of New York*, 186 F.3d 243 (2d Cir. 1999)……………………………………..5

*Havens Realty Corp. v. Coleman*, 455 U.S. 363,
102 S. Ct. 1114, 71 L.Ed.2d 214 (1982)……………………………………………….5, 6

*HBP Associates v. Marsh,* 893 F.Supp. 271, 279 (S.D.N.Y. 1995)……………………..22

*Hispanic Counseling Center, Inc.v. Village of Hempstead*,
237 F.Supp.2d 284 (E.D.N.Y. 2002)……………………………………………………….9

*Horizon House Developmental Servs. v. Township of Upper Southampton,*
804 F.Supp. 683 (E.D. Pa. 1992), *aff'd.*, 995 F.2d 217 (3d Cir. 1993)…………………13

*Huntington Branch, NAACP v. Town of Huntington,* 844 F.2d 926
(2d Cir. 1988), *aff'd,* 488 U.S. 15, 109 S.Ct. 276, 102 L.Ed.2d 180 (1988)……………..9

*Innovative Health Systems v. City of White Plains*, 117 F.3d 37 (2d Cir. 1997)………..19

*King v. New Rochelle Municipal Housing Authority*, 442 F.2d 646
(2nd Cir. 1971), *cert. denied,* 404 U.S. 863, 92 S.Ct. 113, 30 L.Ed.2d 107 (1971)……...10

*LeBlanc-Sternberg v. Fletcher*, 67 F.3d 412 (2d Cir. 1995),
*cert. denied*, 518 U.S. 1017, 116 S.Ct. 2546, 135 L.Ed.2d 1067 (1996)……………7-9, 18

*Mc Cartney v. Village of East Williston,* 149 A.D.2d 556 (2d Dept. 1989)..…………..17

*Mitchell v. Shane,* 350 F.3d 39 (2d Cir.2003)……………………………………………...14

*Newark Branch, NAACP v. Town of Harrison*, 940 F.2d 792 (3d Cir. 1991)……….11-13

*Patsy v. Florida Bd. of Regents*, 457 U.S. 496 (1982)………………………………16, 22

*Phillips v. Martin Marietta Corp.*, 400 U.S. 542 (1971)……………………………...12

*Randolph v. Town of Brookhaven*, 37 N.Y.2d 544, 375 N.Y.S.2d 315 (1999)………….13

*Red Wing Properties, Inc. v. Town of Milan, et al.,* Index No. 2883/06,
dated February 7, 2007 Copy attached as Exhibit 2 to McCulloch Declaration…………17

*Regional Economic Community v. City of Middletown*, 294 F.3d 35
(2d Cir. 2002), c*ert. denied,* 537 U.S. 813 (2002)………………………………….7- 9, 18

*Reinhart v. Lincoln County*, 482 F.3d 1225 (10th Cir. 2007)…………………………..7, 8

*Shapiro v. Thompson*, 394 U.S. 618, 89 S. Ct. 1322, 22 L.Ed.2d 600 (1969)…………..11

*Simms v. First Gibraltar Bank*, 83 F.3d 1546, 1555 (5th Cir. 1996)……………………7

*Stanley v. Bd. of Appeals of Village of Piermont,*
168 Misc. 797 (Sup. Ct., Rockland Co., 1938)………………………………………………17

*Tsombanidis v. West Haven Fire Dept., et al.*, 352 F.3d 565
(2d. Cir. 2003)………………………………………………………………………………7, 9

*Tyus v. Urban Research Management et al.*, 102 F.3d 256
(7th Cir. 1996)……………………………………………………………………………..5

*U.S. v. Cicero*, 786 F.2d 331 (7th Cir. 1986)……………………………………….11

*U.S . v. City of Warren,* 759 F. Supp. 355 (E.D. Mich. 1991)………………….…11

*U.S. v. Elmwood Park,* 43 FEP Cases 995,
1987 WL 9586 N.D.Ill. 1987……………………………………………………………11

*U. S. v. Yonkers Bd. of Education*, 837 F.2d 1181 (2d Cir. 1987),
*cert. denied*, 486 U.S. 1055, 108 S.Ct. 2821, 100 L.Ed.2d 922 (1988)…………………19

*Venetian Casino Resort, LLC v. EEOC,* 409 F.3d 359 (D.C. Cir. 2005)………………...14

*Village of Arlington Heights v. Metro. Hous. Dev. Corp.*,
429 U.S. 252, 97 S.Ct. 555, 50 L.Ed.2d 450 (1977)………………………………………9

*Washington v. Davis*, 426 U.S. 229, 96 S.Ct. 2040,
48 L.Ed.2d 597 (1976)……………………………………………………………………….8

*Williamson County Regional Planning Commission
v. Hamilton Bank of Johnson City,* 473 U.S. 172,
105 S. Ct. 3108, 87 L.Ed.2d 126 (1985)……………………………………………………..24-27

*Yarbough v. Franco*, 95 N.Y.2d 342, 717 N.Y.S.2d 79,
740 N.E.2d 224 (2000)……………………………………………………………………...17

***Statutes and other authorities***

Federal Rules of Civil Procedure (Fed.R.Civ.P.) Rule 12(b) (6)…………………*passim*

Fed.R.Civ.P., Rule 15(a)……………………………………………………………………..1

28 U.S.C. §1331………………………………………………………………………...……..26

28 U.S.C. §1367(a)…………………………………………………………………...4, 26-27

42 U.S.C. 1983……………………………………………………………………….*passim*

42 U.S.C. §3601 *et seq*. (Fair Housing Act)……………………………………….…..5

42 U.S.C. §3604(a)……………………………………………………………………7

42 U.S.C. §3613(a)……………………………………………………………………5

.New York Civil Practice Law and Rules (CPLR), Article 78…………………………..4

New York General Municipal Law §50-e (5-6)………………………………………...29

New York Town Law §263………………………………………………………………..13

Black's Law Dictionary……………………………………………………………27

Milan Comprehensive Plan………………………………………………………………..2