KENNETH J. MC CULLOCH, ESQ.
516 FIFTH AVENUE, 12TH FLOOR
NEW YORK, N. Y. 10036
TEL. 212-398-9508; FAX 212-398-9512
Cell-phone 917-748-0771

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 1/28/08*

January 22, 2008
By fax to 212-805-7941

Hon. Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007
Attn: Thomas Wade, Law Clerk to Judge Preska

Re:   Mc Culloch v. Town of Milan
      07 Civ 9780 (LAP) (RLE)

Dear Judge Preska,

    I represent the Plaintiff Carmen Otero Mc Culloch in the above-referenced matter. Subsequent to my discussion earlier this morning with Thomas Wade of your office, I spoke with Terry Rice, the attorney for Defendants in this action. I also advised him that my wife and I had scheduled a vacation to Puerto Rico, leaving from New York on January 31, 2008 and returning on February 11, 2008. Taking everything into consideration, Mr. Rice and I have agreed to the following schedule, subject to the Court's approval:

| | |
|---|---|
| Friday, January 25, 2008 | Filing of Plaintiff's Response to Defendants' Motion to Dismiss |
| Tuesday, February 5, 2008 | Filing of Defendants' Reply Memo |
| Wednesday, February 13, 2008 9:30 A.M. | Return date before Judge Preska on Defendants' Motion to Dismiss |

    In compliance with Judge Preska's Rules, Rule 1 (E), I provide the following information: (1) the motion was originally filed on December 21, 2007, and the original return date was February 7, 2008; (2) There have been no prior requests for adjournment

SO ORDERED
*/s/ Loretta A. Preska*   January 25, 2008
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1

or extension, except that Plaintiff's counsel did agree that Defendants' time to answer or otherwise respond to the Complaint would be extended to December 21, 2007, and Defendants did agree that Plaintiff would have one-month thereafter to file her Response to that motion; (3) These previous requests for extensions have been granted, as described above; (4) The adversary has consented to the schedule as set forth above, and to the new return date for the motion.

Thank you for your consideration of this matter.

Very truly yours,

Kenneth Mc Culloch

Kenneth Mc Culloch

Cc:   Terry Rice, Rice & Amon, Fax No. 845-357-0765

2