KENNETH J. MC CULLOCH, ESQ.
516 FIFTH AVENUE, 12TH FLOOR
NEW YORK, N. Y. 10036
TEL. 212-398-9508; FAX 212-398-9512
~~Cell-phone~~ 917-748-0771

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

January 22, 2008
By fax to 212-805-7941

Hon. Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

Re:   Mc Culloch v. Town of Milan
      07 Civ 9780 (LAP) (RLE)

Dear Judge Preska,

I represent the Plaintiff Carmen Otero Mc Culloch in the above-referenced matter. Defendants have filed a motion to dismiss pursuant to the Federal Rules of Civil Procedure, Rule 12 (b) (6). The revised memo of law submitted by Defendants in support of their motion is 35 pages. Plaintiff respectfully requests permission to file a Response Memo of no more than 30 pages. This request is made because there are many issues raised by Defendants and a response memo of up to 30 pages is necessary to respond to those issues.

Thank you for your consideration of this matter.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
January 25, 2008

Very truly yours,

*/s/ Kenneth Mc Culloch*

Kenneth Mc Culloch

cc: Terry Rice, Rice & Amon, Fax No. 845-357-0765