# WOODLAND HILLS SUBDIVISION

## TOWN OF MILAN
## DUTCHESS COUNTY, NEW YORK

**Exhibit 1 to Declaration of Kenneth J. Mc Culloch**







[Engineering drawing sheet — rotated 90°. Contains multiple construction details including stormwater management basin details, spillway detail for bio-retention basin D, concrete box weir, storm drainage pipe trench detail, bio-retention planting detail, outlet structure trash rack detail, anti-seep collar, and pond construction standards and specifications notes. Title block: Dowell Engineering, PLLC — Woodland Hills Subdivision, Town of Milan, Dutchess County, New York — DETAILS — Sheet D-2, Sheet 5 of 5, Job # 0440, Date 4-13-05.]