# WOODLAND HILLS SUBDIVISION

## TOWN OF MILAN
## DUTCHESS COUNTY, NEW YORK

FM 11944 PG 1 OF 5
FILED 06/29/2006

**Exhibit 1 to Declaration of Kenneth J. Mc Culloch**

<␀␀␀␀␀␀␀␀␀␀



WOODLAND HILLS SUBDIVISION
LAYOUT & EASEMENT PLAN
TOWN OF MILAN
DUTCHESS COUNTY, NEW YORK



(Engineering drawing sheet — rotated 90°. Contains construction details for Woodland Hills Subdivision, Town of Milan, Dutchess County, New York, prepared by Dovall Engineering, PLLC. Sheet D-2, Sheet 5 of 5. Includes Pond Construction Standards and Specifications, stormwater management basin details, spillway details, bio-retention basin details, storm drainage pipe trench detail, outlet structure trash rack detail, anti-seep collar, and typical residential bio-retention basin detail.)