# WOODLAND HILLS SUBDIVISION

## TOWN OF MILAN
## DUTCHESS COUNTY, NEW YORK

**Exhibit 1 to Declaration of Kenneth J. Mc Culloch**









Sheet D-2 of 5 — WOODLAND HILLS SUBDIVISION, DETAILS — TOWN OF MILAN, DUTCHESS COUNTY, NEW YORK — Dowell Engineering, PLLC