UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**CARMEN OTERO Mc CULLOCH**,

                                Plaintiff,           **NOTICE OF MOTION**

        -against-                     **07 CV 9780 (LAP)(RLE)**

**TOWN OF MILAN, TOWN OF MILAN TOWN BOARD, JOHN V. TALMADGE**, Town Supervisor, and **ALFRED LO BRUTTON, PAULINE COMBE-CLARK, DIANE MAY**, and **ROSS WILLIAMS**, Councilpersons, **TOWN OF MILAN PLANNING BOARD, LAUREN KINGMAN**, Chairman, and Members **JEFFREY ANAGOS, PETER GROSS, SHEILA MARGIOTTA, MARY ANN HOFFMAN,** and **PAULINE COMBE-CLARK, GARY E. BECK**, Zoning Enforcement Officer, Town of Milan, and **FRANK MARGIOTTA, BARBARA HUGHEY,** and **CHARLOTTE NORMAN,**

                                Defendants.

------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Terry Rice, dated February 29, 2007, the amended complaint herein and upon the prior proceedings heretofore had had herein, a motion will be made to this Court, to be held at the United States District Courthouse, New York, New York, on the 14th day of March, 2008, at 9:30 in the forenoon of that day, or as soon thereafter as counsel can be heard, for an order pursuant to FRCP Rule 12(b)(6), dismissing the complaint herein, together with such other and further relief as to the Court may seem just and proper.

Dated: Suffern, New York
       February 29, 2008

          Rice & Amon

          /s/_____
          By: Terry Rice (TR 1022)
          Four Executive Boulevard
          Suite 100
          Suffern, New York 10901
          (845) 357-4000

To: Kenneth Mc Culloch
  516 Fifth Avenue, 12th Floor
  New York, New York 10036