**RICE & AMON**
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N J

SHELDON DAMSKY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/08

February 29, 2008
Via Fax (212) 805-7941

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

### Re: Mc Culloch v. Town of Milan
### 07 Civ 9780 (LAP)(RLE)

Dear Judge Preska:

I represent the Defendants in the above-captioned matter. As the Court is aware, following the Defendants' filing of a motion to dismiss the complaint, Plaintiff filed an amended complaint. The Defendants' motion to dismiss the amended complaint is to be filed today.

I request permission to file a memorandum of law not to exceed 40-pages. In accordance with the Court's permission, the memorandum of law in support of the initial motion to dismiss the complaint consisted of 35-pages. Plaintiff has added a number of additional contentions in the amended complaint and we, therefore, request permission to file a memorandum of law not to exceed 40-pages.

Thank you for your consideration.

*So ordered*
*Loretta a Preska*
*February 29 2008*

Very truly yours,

Terry Rice

TR-wp-02239
cc: K. Mc Cullogh (212) 398-9512