**Town of Milan Comprehensive Plan**          **Table of Contents**

| | |
|---|---|
| i. | Acknowledgements |
| 1. | Introduction |
| 2. | Central Findings |
| 3. | Course Changes for Milan |
| 4. | Natural Resources |
| 5. | Historical Resources |
| 6. | Infrastructure |
| 7. | Residential Development |
| 8. | Commercial Development |
| 9. | Land Use Plan |
| Appendix A. | Maps |
| Additional background material. | Appendices B-E on file at Town Hall |



Adopted August 13, 2007