**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 3/12/08**

KENNETH J. MC CULLOCH, ESQ.
516 FIFTH AVENUE, 12TH FLOOR
NEW YORK, N. Y. 10036
TEL. 212-398-9508; FAX 212-398-9512
Cell-phone 917-748-0771

March 11, 2006
By fax to 212-805-7941

Hon. Loretta A. Preska
United States District Court Judge
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007
Attn: Thomas Wade, Law Clerk to Judge Preska

Re:   Mc Culloch v. Town of Milan
      07 Civ 9780 (LAP) (RLE)

Dear Judge Preska,

  I represent the Plaintiff Carmen Otero Mc Culloch in the above-referenced matter. Defendants have filed a motion to dismiss Plaintiff's Amended Complaint. We are responding to that motion, and our response is due to be filed on March 12, 2008. We request permission to file a response memo not to exceed 40 pages.

  By letter dated February 29, 2008 and faxed to the Court on that date, Defendants requested permission to file a memo not to exceed 40-pages and that request was granted by your Honor by Order dated February 29, 2008. As Defendants' counsel stated in his application for permission to file the 40-page brief, Defendants are adding to the issues that were being addressed. They did in fact add to the issues that they raise for purposes of their motion. Plaintiff seeks to address those issues, and requests the permission to file an opposition memo not to exceed 40 pages so that we might do so.

  Thank you for your consideration of this matter.

Very truly yours,

Kenneth Mc Culloch

cc:   Terry Rice, Rice & Amon, Fax No. 845-357-0765

[Handwritten annotation:] Plaintiff's response due March 12, may include a brief not to exceed 40 pages. SO ORDERED. [signed] LAP USDJ 3-12-08