UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**CARMEN OTERO Mc CULLOCH**,

                                  Plaintiff,

    -against-                                 07 CV 9780 (LAP) (RLE)

**TOWN OF MILAN, TOWN OF MILAN TOWN BOARD, JOHN V. TALMADGE**, Town Supervisor, and **ALFRED LO BRUTTON, PAULINE COMBE-CLARK, DIANE MAY**, and **ROSS WILLIAMS**, Councilpersons, **TOWN OF MILAN PLANNING BOARD, LAUREN KINGMAN**, Chairman, and Members **JEFFREY ANAGOS, PETER GROSS, SHEILA MARGIOTTA, MARY ANN HOFFMAN,** and **PAULINE COMBE-CLARK, GARY E. BECK**, Zoning Enforcement Officer, Town of Milan, and **FRANK MARGIOTTA, BARBARA HUGHEY,** and **CHARLOTTE NORMAN,**

                                  Defendants.

-------------------------------------------------------------------X

_____

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT
OF MOTION TO DISMISS AMENDED COMPLAINT**
_____

                                                        Rice & Amon
                                                        Attorneys for Defendants
                                                         Four Executive Boulevard
                                                         Suite 100
                                                         Suffern, New York 10901
                                                         (845) 357-4000

Terry Rice

# TABLE OF CONTENTS

**PRELIMINARY STATEMENT**

**POINT I**

    **PLAINTIFF'S CLAIMS ARE NOT RIPE**      1

    A.  Introduction      1

    B.  Final Decision Requirement (Prong-One Ripeness)– All Claims      1

    C.  Prong-Two Ripeness – Taking Claim      3

    D.  Easement Interpretation      4

    E.  Conclusion      4

**POINT II**

    **FAIR HOUSING ACT CLAIMS BARRED BY STATUTE OF LIMITATIONS**      4

**POINT III**

    **CHALLENGE TO SUBDIVSION CONDITIONS BARRED BY STATUTE OF LIMITATIONS**      5

**POINT IV**

    **THE COMPLAINT FAILS TO STATE A CAUSE OF ACTION PURSUANT TO THE FAIR HOUSING ACT**      5

    A. Introduction      5

    B. "City People" Not Covered by FHA      6

    C. The Town Did Not Make a Dwelling Unavailable/Plaintiff Not Aggrieved      6

    D. Disparate Treatment      7

    E. Disparate Impact      10

    i. Introduction      10

    ii. No Policy or Practice ........................................................... 11

    iii. Statistical Evidence ............................................................ 12

    F. Conclusion ......................................................................... 14

**POINT V**

    **PLAINTIFFS LACK A PROPERTY INTEREST** ........... 14

    A. Introduction ....................................................................... 14

    B. No Property Interest if Reviewing Agency Possesses Discretion ... 14

    C. No Property Interest in Subdivision Approval
       or in Unconditional Subdivision Approval ........................... 15

**POINT VI**

    **PLAINTIFF DOES NOT POSSESSES A
    SUBSTANTIVE DUE PROCESS CLAIM** ......................... 19

    A. Equal Protection and Taking Claims
       Preclude Substantive Due Process Claim ............................. 19

    B. The Complaint Fails to State a
       Substantive Due Process Claim ........................................... 20

    C. Because of the Existence of Available Judicial
       Review, a Substantive Due Process Claim is Not Stated ..... 22

**POINT VII**

    **THE COMPLAINT FAILS TO STATE A
    PROCEDURAL DUE PROCESS CLAIM** ......................... 23

**POINT VIII**

    **NO TAKING CLAIM EXISTS
    AS A MATTER OF LAW** .................................................. 24

    A. Plaintiff Not Deprived of All Use of Property ................... 24

    B. Conservation Easement – Not Unconstitutional Exaction ... 26

**POINT IX**

    **CLAIMS AGAINST INDIVIUDAL DEFENDANTS
BARRED BY *KNORR-PENNINGTON* DOCTRINE** ................. 31

**POINT X**

    **INDIVIDUAL DEFENDANTS ENTITLED
TO QUALIFIED IMMUNITY** ................. 32

**POINT XI**

    **FAILURE TO ALLEGE FILING OF PROPER NOTICE
OF CLAIM BARS CLAIM PURSUANT TO
NEW YORK STATE CONSTITUTION, STATE LAW** ................. 33

**POINT XII**

    **COMPLAINT FAILS TO STATE A CLAIM FOR
TORTIOUS INTERFERENCE WITH CONTRACT/
PROSPECTIVE ECONOMIC ADVANTAGE** ................. 34

**CONCLUSION** ................. 35

**TABLE OF AUTHORITIES**

Federal Decisions

*2922 Sherman Ave. Tenants' Ass'n v. District of Columbia*,
444 F.3d 673 (C.A.D.C. 2006)                                                14

*Affordable Housing Development Corp. v. City of Fresno*,
433 F.3d 1182 (9th Cir. 2006)                                               33

*Agins v. City of Tiburon*, 447 U.S. 255 (1980)                             29

*Albiero v. City of Kankakee*, 122 F.3d 417 (7th Cir. 1997)                 23

*Albright v. Oliver*, 510 U.S. 266 (1994)                                   21

*Alpha III, Inc. v. City of San Diego*, 187 Fed.Appx. 709 (9th Cir. 2006)   33

*Anderson v. Creighton*, 483 U.S. 635 (1987)                                33

*Andrus v. Allard*, 444 U.S. 51 (1979)                                      26

*Armendariz v. Penman*, 75 F.3d 1311 (9th Cir. 1996)                        21

*Ayeni v. Mottola*, 35 F.3d 680 (2d Cir. 1994),
*cert. denied*, 514 U.S. 1062 (1995)                                        21

*Bangerter v. Orem City Corp.*, 46 F.3d 1491 (10th Cir. 1995)               9

*Barta v. Board of Regents*, 79 F.3d 717 (8th Cir. 1996)                    16 n.4

*Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1974 (2007)                    1

*Bello v. Walker*, 840 F.2d 1124 (1st Cir.), *cert. denied*, 488 U.S. 868 (1988)   24

*Benitez v. Wolff*, 985 F.2d 662 (2d Cir.1993)                              34

*Benjamin v. Town of Fenton*, 892 F.Supp. 64 (N.D.N.Y. 1995)                22

*Blain v. Township of Radnor*, 2004 WL 1151727 (E.D.Pa. 2004),
*aff'd*, 167 Fed.Appx. 330 (3d Cir. 2006)                                   30

*Board of Regents v. Roth*, 408 U.S. 564 (1972)                             16 n.4

*Boulware v. Nevada Department of Human Resources*,
793 F.2d 800 (9th Cir. 1992)                                                32

Case 1:07-cv-09780-LAP-RLE     Document 55-3     Filed 03/12/2008     Page 6 of 14

| | |
|---|---|
| *Brady v. Town of Colchester*, 863 F.2d 205 (2d Cir. 1988) | 24, 25 |
| *Brandon v. Holt*, 469 U.S. 464 (1985) | 36 |
| *Bryant v. City of New York*, 404 F.3d 128 (2d Cir. 2005) | 22 |
| *Bryant Woods Inn, Inc. v. Howard County*, 911 F.Supp.2d 918 (D.My 1996), *aff'd*, 124 F.3d 597 (4th Cir. 1997) | 11 n.2 |
| *Buckles v. King County*, 191 F.3d 1127 (9th Cir. 1999) | 21 |
| *Caidor v. M & T Bank*, 2006 WL 839547 (N.D.N.Y. 2006) | 21 |
| *California Motor Transp. Co. v. Trucking Unlimited*, 404 U.S. 508 (1972) | 32 |
| *Catanzaro v. Weiden*, 188 F.3d 56 (2d Cir. 1999) | 22 |
| *Carson Harbor Village, Ltd. v. City of Carson*, 37 F.3d 468 (9th Cir. 1994) | 3 |
| *Cedarwood v. Town of Schodack*, 954 F.Supp. 513 (N.D.N.Y. 1997) | 17 |
| *Citibank, N.A. v. Itochu Int'l, Inc.*, 2003 WL 1797847 (S.D.N.Y. 2003) | 1 |
| *Chiplin Enterprises v. City of Lebanon*, 712 F.2d 1524 (1st Cir. 1983) | 23 |
| *City of Monterey v. Del Monte Dunes at Monterey*, 526 U.S. 687 (1999) | 28 |
| *City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981) | 36 |
| *Conley v. Gibson*, 355 U.S. 41 (1957) | 1 |
| *Country View Estates @ Ridge LLC v. Town of Brookhaven*, 452 F.Supp.2d 142 (E.D.N.Y. 2006) | 3 |
| *County of Sacramento v. Lewis*, 523 U.S. 833 (1998) | 21, 22 |
| *County of Suffolk v. Long Island Lighting Co.*, 710 F.Supp. 1387 (E.D.N.Y. 1989), *aff'd*, 907 F.2d 1295 (2d Cir. 1990) | 32 |
| *Creative Environment, Inc. v. Estabrook*, 680 F.2d 822 (1st Cir.), *cert. denied*, 459 U.S. 989 (1982) | 24 |
| *Crowley v. Courville*, 76 F.3d 47 (2d Cir. 1996) | 16, 27 |

*Davis v. Scherer*, 468 U.S. 183 (1984) ..... 34

*DeBlasio v. Zoning Board of Adjustment of the Town of West Armwell*,
53 F.3d 593 (3d Cir.), *cert .denied*, 516 U.S. 937 (1995) ..... 24

*Deepwells Estates, Inc. v. Village of Head of the Harbor*, 973 F.Supp. 338
(E.D.N.Y. 1997), *appeal dismissed*, 162 F.3d 1147 (2d Cir. 1998) ..... 17

*DLC Management Corp. v. Town of Hyde Park*, 163 F.3d 124 (2d Cir. 1998) ..... 16

*Dolan v. City of Tigard*, 512 U.S. 374 (1994) ..... 27, 28

*Dougherty v. Town of New Hempstead Board of Zoning Appeals*,
282 F.3d 83 (2d Cir. 2002) ..... 3

*Eastampton Center, L.L.C. v. Township of Eastampton*,
155 F.Supp.2d 102 (D.N.J. 2001) ..... 8

*Edwards v. Media Borough Council*, 430 F.Supp.2d 445 (E.D. Pa. 2006) ..... 13

*Eichenlaub v. Township of Indiana*, 385 F.3d 285 (3d Cir. 2004) ..... 23 n.6

*Euclid v. Ambler Realty Co.*, 272 U.S. 365 (1926) ..... 26

*Fischer Sand & Aggregate Co. v. City of Lakeville*,
874 F.2d 957 (D. Minn. 1994) ..... 32

*First English Evangelical Lutheran Church v.
County of Los Angeles*, 427 U.S. 304 (1987) ..... 25

*Frooks v. Town of Cortland*, 997 F.Supp. 438 (S.D.N.Y. 1998),
*aff'd*, 182 F.3d 899 (2d Cir. 1999) ..... 4, 22

*Gagliardi v. Village of Pawling*, 18 F.3d 188 (2d Cir. 1994) ..... 16, 25 n.7

*Gamble v. City of Escondido*, 104 F.3d 300 (9th Cir. 1997) ..... 12

*Garcia v. Spun Steak Co.*, 998 F.2d 1480,
*rehearing denied*, 13 F.3d 296 (9th Cir. 1993) ..... 12, 14

*Gibbons v. Fronton*, __ F.Supp.2d ___, 2008 WL 355514 (S.D.N.Y. 2008) ..... 1

*Goldbaltt v. Town of Hempstead,* 369 U.S. 590 (1962) ..... 26

*Goldstein v. Pataki*, ___ F.3d ___, 2008 WL 269100 (2d Cir. 2008) ..... 1

*Gottlieb v. Village of Irvington*, 69 F.Supp.2d 553 (S.D.N.Y. 1999) ........... 3 n.1, 24

*Graham v. Connor*, 490 U.S. 386 (1989) ........... 21

*Greiner v. County of Greene*, 811 F.Supp. 796 (N.D.N.Y.1993) ........... 37

*Hadacheck v. Sebastian,* 239 U.S. 394 (1915) ........... 26

*Hallmark Developers, Inc. v. Fulton County*, 466 F.3d 1276 (11th Cir. 2006) ........... 11

*Hamilton v. Svatik*, 779 F.2d 383 (7th Cir.1985) ........... 9

*Hampton Bays Connections, Inc. v. Duffy*,
127 F.Supp.2d 364 (E.D.N.Y. 2001) ........... 25

*Harlen Associates v. Village of Mineola*, 273 F.3d 494, 501 (2d Cir 2001) ........... 11 n.2, 16

*Hellenic American Neighborhood Action Comm. v. City of New York*,
101 F.3d 877 (2d Cir. 1996), *cert. dismissed*, 521 U.S. 1140 (1997) ........... 24

*Hemisphere Bldg. Co., Inc. v. Village of Richton Park*,
171 F.3d 437 (7th Cir. 1999) ........... 13

*Hi Pockets, Inc. v. The Music Conservatory of White Plains*,
192 F.Supp.2d 143 (S.D.N.Y. 2002) ........... 24

*Hallmark Developers, Inc. v. Fulton County*, 466 F.3d 1276 (11th Cir. 2006) ........... 11, 14, 15

*Hoeck v. City of Portland*, 57 F.3d 781 (9th Cir. 1995),
*cert. denied,* 516 U.S. 1112 (1996) ........... 22 n.5

*Honess 52 Corp. v. Town of Fishkill*, 1 F.Supp.2d 294 (S.D.N.Y. 1998) ........... 18

*Huntington Branch, N.A.A.C.P. v. Town of Huntington*,
844 F.2d 926 (2d Cir. 1988), *aff'd in part*, 488 U.S. 15 (1988),
*rehearing denied*, 488 U.S. 1023 (1989) ........... 14, 15

*Iqbal v. Hasty*, 490 F.3d 143 (2d Cir. 2007) ........... 1

*Jones v. McMahon*, 2005 WL 928667 (N.D.N.Y. 2005), *aff'd, in part,
dismissed in part*, 465 F.3d 46, 2006 WL 2828506 (2006) ........... 21

*Kaluczky v. City of White Plains*, 57 F.3d 202 (2d Cir. 1995) ........... 21, 22

*Keystone Bituminous Coal Ass'n v. DeBenedictis*, 480 U.S. 470 (1987) ........... 26

*LeBlanc-Sternberg v. Fletcher*, 67 F.3d 412 (2d Cir. 1995) ........... 7, 8, 11

*Licari v. Ferruzzi*, 22 F.3d 344 (1st Cir. 1994) — 22

*Lingle v. Chevron USA Inc.*, 544 U.S. 528 (2005) — 27

*Lorence v. Achtyl*, 20 F.3d 529 (2d Cir. 1994) — 22

*Lucas v. South Carolina Coastal Council*, 505 U.S. 1003 (1992) — 26

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) — 8

*Macone v. Town of Wakefield*, 277 F.3d 1 (1st Cir. 2002) — 15

*Manistee Town Center v. City of Glendale*, 227 F.3d 1090 (9th Cir. 2000) — 32, 33

*Maple Properties, Inc. v. Township of Upper Providence*, 151 Fed.Appx. 174 (3d Cir. 2005) — 23 n.6

*Marathon Outdoor, LLC v. Vesconti*, 107 F.Supp.2d 355 (S.D.N.Y. 2000) — 3

*Marino v. Ameruso*, 837 F.2d 45 (2d. Cir.1988) — 25

*Marriott Senior Living Services, Inc. v. Springfield Township*, 78 F.Supp.2d 376 (E.D.Pa. 1999) — 3

*Martin v. N.Y. State Dep't of Mental Hygiene*, 588 F.2d 371 (2d Cir. 1978) — 10

*Midnight Sessions, Ltd. v. City of Philadelphia*, 945 F.2d 667 (3d Cir. 1991), *cert. denied*, 503 U.S. 984 (1992) — 11 n.2, 24

*Mikels Motors, Inc. v. Township of Stroud*, 48 Fed.Appx. 844 (3d Cir. 2002) — 11 n.2

*Miracle Mile Associates v. City of Rochester*, 617 F.2d 18 (2d Cir. 1980) — 32

*Missouri v. National Organization for Woman*, 620 F.2d 1301 (8th Cir.), *cert. denied*, 449 U.S. 842 (1980) — 33

*MKA Realty Corp. v. Town of Wallkill*, 82 Fed.Appx. 712 (2d Cir. 2003) — 16

*Mountain Side Mobile Estate Partnership v. Secretary of Housing and Urban Development*, 56 F.3d 1243 (10th Cir. 1995) — 12, 14

*Murphy v. New Milford Zoning Commission*, 402 F.3d 342 (2d Cir. 2005) — 3, 4

*Natale v. Town of Ridgefield*, 170 F.3d 258 (2d Cir. 1999) — 16, 24, 34

*Nollan v. California Coastal Commission*, 483 U.S. 825 (1987) — 27

| Case | Page |
|---|---|
| *Norton v. Village of Corrales,* 103 F.3d 928 (10th Cir. 1996) | 23 |
| *Orange Lake Associates v. Kirkpatrick*, 21 F.3d 1214 (2d Cir. 1994) | 17, 25 |
| *Palazzolo v. Rhode Island*, 533 U.S. 606 (2001) | 27 |
| *Palmieri v. Town of Babylon*, 2006 WL 1155162 (E.D.N.Y. 2006) | 8, 12 |
| *Penn Central Transportation Co. v. City of New York,* 438 U.S. 104 (1978) | 26, 29 |
| *PFZ Properties v. Rodrigues,* 928 F.2d 28 (1st Cir. 1991), *cert. dismissed*, 503 U.S. 257 (1992) | 23 |
| *R-Goshen LLC v. Village of Goshen*, 289 F.Supp.2d 441 (S.D.N.Y. 2003), *aff'd*, 115 Fed.Appx. 465 (2d Cir. 2004) | 7 |
| *Regional Economic Community Action Program, Inc. v. City of Middletown*, 294 F.3d 35, 49 (2d Cir.), *cert. denied*, 537 U.S. 813 (2002) | 8, 11, 12, 13 |
| *Reinhart v. Lincoln County*, 482 F.3d 1225 (10th Cir. 2007) | 9, 12, 13 |
| *Robinson v. Limerick Township*, 2005 WL 627880 (E.D.Pa. 2005) | 23 n.6 |
| *Ruotolo v. City of New York*, __ F.3d __, 2008 WL 313795 (2d Cir. 2008) | 1 |
| *RRI Realty Corp. v. Village of Southampton*, 870 F.2d 911 (2d Cir.), *cert. denied,* 493 U.S. 893 (1989) | 16, 17 n.3 |
| *Sag Harbor Port Assocs. v. Village of Sag Harbor*, 21 F.Supp.2d 179 (E.D.N.Y. 1998), *aff'd*, 182 F.3d 901 (2d Cir 1999) | 4 |
| *Sanghvi v. City of Claremont*, 328 F.3d 532 (9th Cir.), *cert. denied*, 540 U.S. 1075 (2003), *rehearing denied*, 540 U.S 1170 (2004) | 33 |
| *Simms v. First Gibraltar Bank*, 83 F.3d 1546 (5th Cir. 1996), *cert. denied*, 519 U.S. 1041 (1996) | 12, 13 |
| *Smith v. City of Albany*, 2006 WL 839525 (N.D.N.Y. 2006), *aff'd*, 2007 WL 2973995 (2d Cir. 2007) | 21 |
| *Smith v. United Federation of Teachers*, 162 F.3d 1148 (2d Cir.), *cert. denied*, 525 U.S. 883 (1998) | 10 |
| *Smith & Lee Associates, Inc. v. City of Taylor*, 102 F.3d 781 (6th Cir. 1996) | 8 |

*Southend Neighborhood Imp. Ass'n v. St. Clair County*,
743 F.2d 1207 (7th Cir. 1984) ............................................................................. 12

*Southview Associates v. Bongartz*, 980 F.2d 84 (2d Cir. 1992),
*cert. denied,* 507 U.S. 987 (1993) ..................................................................... 3, 22

*Spradlin v. Borough of Danville*, 2005 WL 3320788 (M.D.Pa. 2005),
*aff'd*, 188 Fed.Appx. 149 (3d Dept. 2006) ........................................................ 23 n.6

*Spaulding v. University of Washington*, 740 F.2d 686 (9th Cir.),
*cert. denied,* 469 U.S. 1036 (1984) ........................................................................ 12

*Sylvia Development Corp. v. Calvert County,* 48 F.3d 810 (4th Cir. 1995) ....... 21- 22, 23

*Tahoe-Sierra Preservation Council, Inc. v. Tahoe Regional
Planning Agency*, 535 U.S. 302 (2002) .................................................................. 26

*Tara Circle, Inc. v. Bifano*, 1997 WL 399 683 (S.D.N.Y. 1997) .............................. 25

*Triomphe Investors v. City of Northwood*, 49 F.3d 198 (6th Cir.),
*cert. denied,* 516 U.S. 816 (1995) ........................................................................... 22

*T.S. Haulers v. Town of Riverhead*, 190 F.Supp. 455 (E.D.N.Y. 2002) ................ 25

*Tsombanidis v. West Haven Fire Dept.*, 352 F.3d 565 (2d Cir. 2003) .................. 9

*Tsombanidis v. City of West Haven*, 129 F.Supp.2d 136 (D.Conn. 2001) ........... 3

*Tufano v. One Toms Point Lane Corp.*, 64 F.Supp.2d 119
(E.D.N.Y. 1999), *aff'd*, 229 F.3d 1136 (2d Cir. 2000) ......................................... 9, 10

*Velez v. Levy*, 401 F.3d 75 (2d Cir. 2005) ........................................................... 21, 22

*Ventura Village, Inc. v. City of Minneapolis*, 318 F.Supp.2d 822
(D. Minn. 2004), *aff'd*, 419 F.3d 725 (8th Cir. 2005) ............................................. 13

*Village of Arlington Heights v. Metropolitan Housing Development
Corp.*, 429 U.S. 252 (1977) ..................................................................................... 8

*Village Ponder v. Town of Darien*, 56 F.3d 375 (2d Cir. 1995),
*cert. denied,* 117 S.Ct. 50 (1996) ........................................................................... 16

*Westrum Land Development Corp. v. Whitpain Township*,
2002 WL 32351106 (E.D.Pa. 2002) ........................................................................ 30

*Williamson County Regional Planning Commission v. Hamilton Bank*, 473 U.S. 172 (1985) — 2, 3, 4

*Woodfield Equities, LLC v. Village of Patchogue*, 357 F.Supp.2d 622 (E.D.N.Y.), *aff'd*, 156 Fed.Appx. 389 (2d Cir. 2005) — 3

*Yale Auto Parts v. Johnson*, 758 F.2d 54 (2d Cir. 1985) — 24

*Yusuf v. Vassar College*, 35 F.3d 709 (2d Cir. 1994) — 10

*Zahra v. Town of Southold*, 48 F.3d 674 (2d Cir. 1995) — 16, 23 , 25 n.7

*Zeigler v. Town of Kent*, 258 F.Supp.2d 49 (D.Conn. 2003) — 20

<u>Federal Statutes</u>

42 U.S.C. § 3604(a) — 7

42 U.S.C. § 3613(a)(1)(A) — 5, 7

<u>State Court Decisions</u>

*Alaxanian v. City of Troy*, 69 A.D.2d 937, 415 N.Y.S.2d 293 (3d Dept. 1979) — 35

*Bidnick v. Johnson*, 253 A.D.2d 779, 677 N.Y.S.2d 614 (2d Dept. 1998) — 35

*Bower Associates v. Town of Pleasant Valley*, 2 N.Y.3d 617, 781 N.Y.S.2d 240, 814 N.E.2d 410 (2004) — 16, 17

*Caprer v. Nussbaum*, 36 A.D.3d 176, 825 N.Y.S.2d 55 (2d Dept. 2006) — 36

*De St. Aubin v. Flacke*, 68 N.Y.2d 66, 505 N.Y.S.2d 859, 496 N.E.2d 879 (1986) — 26

*Fawn Builders v. Planning Bd. of Lewisboro*, 223 A.D.2d 996, 636 N.Y.S.2d 873 (3d Dept. 1996) — 17

*Gazza v. New York State Department of Environmental Conservation*, 89 N.Y.2d 603, 657 N.Y.S.2d 555, 679 N.E.2d 1035, *cert. denied*, 522 U.S. 813 (1997) — 26

*Greifenberger v. Pav*, 225 A.D.2d 731, 640 N.Y.S.2d 197 (2d Dept. 1996), *lv. dismissed in part, denied in part*, 89 N.Y.2d 963, 655 N.Y.S.2d 883, 678 N.E.2d 495 (1997) — 35

*Guard-Life Corp. v. Parker Hardware Mfg. Corp.*, 50 N.Y.2d 183,
428 N.Y.S.2d 628, 406 N.E.2d 445 (1980) ............ 36

*Home Town Muffler Inc. v. Cole Muffler Inc.*, 202 A.D.2d 764,
608 N.Y.S.2d 735 (3d Dept. 1994) ............ 36

*Innovative Technology Group Corp. v. Planning Bd. of Town of Woodbury*,
20 A.D.3d 531, 799 N.Y.S.2d 544 (2d Dept. 2005) ............ 6

*Klein v. City of Yonkers*, 73 A.D.2d 931, 423 N.Y.S.2d 685 (2d Dept. 1980),
*aff'd*, 53 N.Y.2d 1011, 442 N.Y.S.2d 477, 425 N.E.2d 865 (1981) ............ 35

*Korbel v. Zoning Board of Appeals of the Town of Horicon*,
28 A.D.3d 888, 814 N.Y.S.2d 301 (3d Dept. 2006) ............ 4

*Landing Estates v. Jones*, 67 Misc.2d 354, 324 N.Y.S.2d 255
(Sup. Ct. Suffolk Co. 1971) ............ 18

*Long Island Pine Barrens Soc., Inc. v. Planning Board of the Town
of Brookhaven*, 78 N.Y.2d 608, 578 N.Y.S.2d 466, 585 N.E.2d 778 (1991) ............ 6

*Mackall v. White*, 85 A.D.2d 696, 445 N.Y.S.2d 486 (2d Dept. 1981),
*lv. denied,* 56 N.Y.2d 503, 435 N.E.2d 1100, 450 N.Y.S.2d 1025 (1982) ............ 19

*McGowan v. Cohalan*, 41 N.Y.2d 434, 393 N.Y.S.2d 376,
361 N.E.2d 1025 (1978) ............ 26

*Miller v. Price*, 267 A.D.2d 363, 700 N.Y.S.2d 209 (2d Dept. 1999) ............ 4

*M & M Partnership v. Sweenor*, 210 A.D.2d 575,
619 N.Y.S.2d 802 (3d Dept. 1994) ............ 17

*Northern Westchester Professional Park Assocs. v. Town of Bedford*,
60 N.Y.2d 492, 470 N.Y.S.2d 350, 458 N.E.2d 809 (1983) ............ 26

*Ozols v. Henley*, 81 A.D.2d 670, 438 N.Y.S.2d 349 (2d Dept.),
*appeal dismissed*, 54 N.Y.2d 1023, 446 N.Y.S.2d 263, 430 N.E.2d 1316 (1981) ............ 18

*Pearson Kent Corp. v. Bear*, 28 N.Y.2d 396,
322 N.Y.S.2d 235, 271 N.E.2d 218 (1971) ............ 18

*Reed v. Planning Board of the Town of Chester*, 120 A.D.2d 510,
501 N.Y.S.2d 710 (2d Dept. 1986) ............ 18

*Ross v. Town of Santa Clara*, 266 A.D.2d 678,
698 N.Y.S.2d 90 (3d Dept. 1999) ............ 30

*Smith v. Town of Mendon*, 4 N.Y.3d 1, 789 N.Y.S.2d 696,
822 N.E.2d 1214 (2004)     27, 28-30

*Snyder v. Sony Music Entertainment, Inc.*, 252 A.D.2d 294,
684 N.Y.S.2d 235 (1st Dept. 1999)     36

*Terra Homes v. Smallwood*, 247 A.D.2d 394, 667 N.Y.S.2d 920 (2d Dept.),
*lv. denied,* 92 N.Y.2d 809, 678 N.Y.S.2d 595, 700 N.E.2d 1231 (1998)     17

*Wulfsohn v. Burden*, 241 N.Y. 288, 302 N.E.2d 120 (1925)     26

State Statutes

Town Law § 267-a(5)(b)     3

Town Law § 267-b(1)     4

Town Law § 276     18

Town Law § 277     17, 18, 20

Town Law § 282     6

Town of Milan Code

§ 177-2     31

§ 177-13(E)     19

§ 177-21(B)     31

§ 177-33     20

§ 177-34     20

§ 200-6.1(A)     32

§ 200-39(A)(1)     31