UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**CARMEN OTERO Mc CULLOCH**,

                                        Plaintiff,

    -against-                                      07 CV 9780 (LAP) (RLE)

**TOWN OF MILAN, TOWN OF MILAN TOWN BOARD, JOHN V. TALMADGE**, Town Supervisor, and **ALFRED LO BRUTTON, PAULINE COMBE-CLARK, DIANE MAY**, and **ROSS WILLIAMS**, Councilpersons, **TOWN OF MILAN PLANNING BOARD, LAUREN KINGMAN**, Chairman, and Members **JEFFREY ANAGOS, PETER GROSS, SHEILA MARGIOTTA, MARY ANN HOFFMAN,** and **PAULINE COMBE-CLARK, GARY E. BECK**, Zoning Enforcement Officer, Town of Milan, and **FRANK MARGIOTTA, BARBARA HUGHEY,** and **CHARLOTTE NORMAN,**

                                        Defendants.

-------------------------------------------------------------------X

---

### DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO A PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

---

                                      Rice & Amon
                                      Attorneys for Defendants
                                      Four Executive Boulevard
                                      Suite 100
                                      Suffern, New York 10901
                                      (845) 357-4000

Terry Rice

## TABLE OF CONTENTS

**POINT I**

    **PLAINTIFF HAS FAIELD TO SATISFY THE
REQUIREMENTS FOR ISSUANCE OF
A PRELIMINARY INJUNCTION**      1

    **No Irreparable Harm**      3

        **Plaintiff has Failed to Demonstrate a
Likelihood of Success on the Merits**      5

**CONCLUSION**      5

**TABLE OF AUTHORITIES**

Decisions

*Beal v. Stern*, 184 F.3d 117 (2d Cir. 1999) — 2

*Bronx Household of Faith v. Board of Educ. of City of New York*,
226 F.Supp.2d 401 (S.D.N.Y. 2002), *aff'd*, 331 F.3d 342 (2d Cir. 2003) — 3

*Carpenter Technology Corp. v. City of Bridgeport*, 180 F.3d 93 (2d Cir. 1999) — 2

*Celauro v. Internal Revenue Service*, 371 F.Supp.2d 219 (E.D.N.Y. 2005) — 2

*Checker Motors Corp. v. Chrysler Corp.*, 405 F.2d 319 (2d Cir. 1969),
*cert. denied*, 394 U.S. 999 (1969) — 3

*Consol. Brands, Inc. v. Mondi*, 638 F.Supp. 152 (E.D.N.Y.1986) — 4

*Gidatex, S.r.L. v. Campaniello Imp., Ltd.*, 13 F.Supp.2d 417 (S.D.N.Y.1998) — 4

*Hammer v. Trendl*, 2003 WL 21466686 (E.D.N.Y. 2003) — 1

*Hanson Trust PLC v. ML SCM Acquisition, Inc.*,
781 F.2d 264 (2d Cir.1986) — 1

*Holblock v. Albany County Board of Elections*, 422 F.3d 77 (2d Cir. 2005) — 2, 3

*Jackson Dairy, Inc. v. H.P. Hood & Sons, Inc.*, 596 F.2d 70 (2d Cir.1979) — 2

*JSG Trading Corp. v. Tray-Wrap, Inc.*, 917 F.2d 75 (2d Cir.1990) — 1

*Madison Square Garden, L.P. v. National Hockey League*,
2007 WL 3254421 (S.D.N.Y. 2007) — 2

*Maryland Casualty Co. v. Realty Advisory Bd. On Labor Relations*,
107 F.3d 979 (2d Cir.1997) — 1

*Mazurek v. Armstrong*, 520 U.S. 968 (1997) — 1

*Moore v. Consolidated Edison Company of New York, Inc.*,
409 F.3d 506 (2d Cir. 2005) — 1

*New York Pathological & X-Ray Lab., Inc. v. Immigration &
Naturalization Serv.*, 523 F.2d 79 (2d Cir. 1975) — 3

*No Spray Coalition, Inc. v. City of N.Y.*, 252 F.3d 148 (2d Cir.2001) — 2

| | |
|---|---|
| *Pickney v. Board of Education of the Westbury Union Free School District*, 920 F.Supp. 393 (E.D.N.Y. 1996) | 1, 2, 3 |
| *Queens County Republican Committee v. New York State Board of Elections*, 222 F.Supp.2d 341 (E.D.N.Y. 2003) | 2 |
| *Random House, Inc. v. Rosetta Books, LLC*, 283 F.3d 490 (2d Cir. 2002) | 1 |
| *Rockefeller v. Powers*, 74 F.3d 1367 (2d Cir.1995) | 2 |
| *Rodriquez v. Debuone*, 175 F.3d 227 (2d Cir. 1999) | 3 |
| *Tom Doherty Associates, Inc. v. Saban Entertainment, Inc.*, 60 F.3d 27 (2d Cir. 1995) | 3 |
| *Transperfect Translations Intern., Inc. v. Merrill Corp.*, 2004 WL 2725032 (S.D.N.Y. 2004), *aff'd*, 159 Fed.Appx. 313 (2d Cir. 2005) | 1, 3, 4 |
| *Tough Traveler, Ltd. v. Outbound Products*, 60 F.3d 964 (2d Cir.1995) | 4 |
| *Tucker Anthony Realty Corp. v. Schlesinger*, 888 F.2d 969 (2d Cir.1989) | 4 |
| *Warner Vision Entertainment, Inc. v. Empire of Carolina, Inc.*, 101 F.3d 259 (2d Cir. 1996) | 3 |

<u>Secondary Authorities</u>

| | |
|---|---|
| Wright, Miller, Kane, Federal Practice and Procedure § 2948 | 2-3 |