# HUBBELL REALTY SERVICES, INC.
*Real Estate Appraisal and Counseling*

---

320 MAIN STREET • POUGHKEEPSIE, NY 12601
(845) 454-6525 • FAX (845) 454-6359

R PETERS HUBBELL, JR., MAI

## QUALIFICATIONS OF
## R. PETERS HUBBELL, JR.

**PROFESSIONAL DESIGNATIONS:**

    MAI – Member Appraisal Institute; Appraisal Institute

**CERTIFICATIONS and LICENSES:**

    Certified General Real Estate Appraiser: New York State No. 46-3185
    Certified General Real Estate Appraiser: State of Connecticut No. RCG.990
    Qualified General Real Estate Appraiser for NYS Department of Transportation

**MEMBERSHIPS:**

    Appraisal Institute, Member #09808, awarded January 1993; Past President of Mid – Hudson Chapter, past Education Chairman
    American Society of Farm Managers and Rural Appraisers; Associate Member
    New York State Society of Real Estate Appraisers

**EMPLOYMENT:**

    President: **HUBBELL REALTY SERVICES, INC**.; Independent Fee Appraiser: Real Estate appraisals and counseling.

    Staff Appraiser, **L.T. BOOKHOUT, INC**., a real estate firm specializing in consultation, appraisal and market feasibility studies, 1987 to 1996

    Loan Officer, Appraiser, Branch Manager, **FARM CREDIT SERVICE** – Springfield District, 1980-1997

**INSTRUCTOR:**

    Associate Instructor; Appraisal Institute, certified for *Appraisal Principles, Basic Appraisal Procedures and Residential Market Analysis and Highest and Best Use.*

Adjunct Instructor; Marist College and Dutchess Community College, School of Adult Education: *Real Estate Appraisal Module*, 1990, 1991, 1992

## SMALL CLAIMS ASSESSMENT REVIEW OFFICER:
State of New York Unified Court System Third Judicial District

## SEMINAR PRESENTATIONS:
"Preserving the Family Farm and Your Equity," Dutchess County Cooperative Extension, February 1989

"Conserving Our Tax Base," Dutchess/Ulster Assessors Assoc., May 1991

"Basic Commercial Valuation Techniques," New York State Assessors' Assoc., October 1992

## EDUCATION:
**CORNELL UNIVERSITY** – Ithaca, New York – B.S. Agricultural Economics
**SYRACUSE UNIVERSITY –** Syracuse, New York – course work in MBA program

### APPRAISAL COURSES ATTENDED AND COMPLETED –

**Appraisal Institute:** *Standards of Professional Practice, Part B,* 1991 *and Part C,* 1997*; Advanced Income Capitalization, Course 510,* 1993*; Litigation Valuation Overview, Course 700,* 1997*; Standards of Professional Practice, Part C,* 2002*; Instructor Leadership & Development Conference,* 2004*;*
*Society of Real Estate Appraisers***:** Course 102, *Applied Residential Property Valuation,* 1988*:* Course 201*, Principles o f Income Property Appraising, 1989; Course 202, Applied Income Property Valuation, 1989; Standards of Professional Practice, Part A, 1990*
**Federal Land Bank:** *Intermediate Appraisal Skills,* 1986

### APPRAISAL EXAMINATIONS CHALLENGED AND/OR PASSED –

**Society of Real Estate Appraisers:** *Introduction to Appraising Real Property,* Course 101, 1987

### CONTINUING EDUCATION –

Following seminars successfully completed:
**Appraisal Institute:** "Discounted Cash Flow Analysis", 1992; "Understanding Limited Appraisals – General," 1994; "Special – Purpose Properties", 1996; "New Industrial Valuation", 1997; "Eminent Domain and Condemnation Appraising", 1998; "Detrimental Conditions", 1998; "Eminent Domain & Condemnation", 1999; "Regression Analysis in Appraisal", 1999; "Case Studies in Commercial Highest and Best Use", 2000; "Appraisal of Local Retail Properties", 2001; "Dynamics of Office Building Valuation", 2001; "Feasibility Analysis, Market Value & Investment Timing", 2002; "Standards of Professional Practice, Part C", 2002; "Scope of Work: Expanding Your Range of Services", 2003; "Mathematically Modeling Real Data", 2004; "Subdivision Valuation: A Comprehensive Guide to Valuing Improved Subdivisions", 2005; "Market Analysis and the Site to Do Business", 2005; "15 Hour USPAP Course with exam", 2005; "7 Hour USPAP Course", 2005; "2006 Changes to USPAP", 2006; "Valuation & Litigation Services SIG",

2006;

**American Society of Farm Managers and Rural Appraisal (ASFMRA):**
"Conservation Easement Valuation & Case Studies", April 2006; "Yellow Book, Uniform Appraisal Standards for Federal Land Acquisition", September 2006;

**Society of Real Estate Appraisers:** Professional Practice, 1998; Uniform Commercial And Industrial Appraisal Report, 1989; Advanced Demonstration Appraisal Report Workshop 1990;

**Whitmer Seminars:** Comprehensive Appraisal Workshop, Parts A & B, July 1991

**Marist College:** Clean Water Act 1997; Real Estate Salesperson Course, 1988

**Other:** Realtors Land Institute: Timberland Evaluation & Analysis", 2000; Lorman Education Services: "Real Estate Litigation in New York ", 2002 "Conducting an Effective Cross –Examination in New York ", 2002

**APPRAISAL CLIENTS:**

**Corporations and Business Entities**

| | |
|---|---|
| 1st Westchester Capital Group | MacIntosh Farms |
| ADM Milling Co. | Maranatha Human Services Inc. |
| Adriance Library | Marshall & Sterling |
| Agway, Inc. | Mashomac Fish and Game Club |
| Akindale Farms | Merchants Press |
| Amerada Hess Corp. | Millbrook Merchants |
| Andreas Holding | Millbrook Vineyards |
| Astor Home for Children | Millenium III Investors |
| Audia Motors | Milroy Cars, Inc. |
| Avis Rent-A-Car, Inc. | Minolta Advance Technology, Inc. |
| Banta Management | Northern Dutchess Medical/Dental |
| Brown & Sharpe Manufacturing | Bldg. Assoc. |
| Carlisle Companies, Inc. | Plasmaco, Inc |
| Chemical Executive Relocations Services, Inc. | Pyramid Companies, Inc. |
| | Red Hook Farmers Co-op Inc. |
| Clermont Farms, Ltd. | Red Hook Land Corp. |
| Condor Motors | Quadrelle Realty |
| Conklin Instruments | Rehabilitation Programs Inc. |
| Country Lands Management Inc. | Rokeby Preserve |
| Courtland Partners | I.L. Richer Co., Inc. |
| Creative Originals Inc. | Shekomeko Village Corporation |
| Crown Northcorp | Sheldrake Oraginzation |
| Cuney Properties, Inc. | Situs Realty Services, Inc. |
| Farm Country Investments | St. Francis Hospital |
| Fehr Bros. Inc. | Strategic Property Advisors |
| Gray Engineering | Stuart Property Corp. |
| Greig Farm | Tara Motors, Inc. |
| Highways Displays, Inc. | Tivoli Farms |
| Hudson Valley Farms, Inc. | Torloc Development, Inc. |
| IBM Corp. | Ulster ARC |
| James Burns International | Ulster Scientific, Inc. |
| Jim Waters Corp. | Vibar Farms |
| John Aborio, Inc. | Weathersfield Farm |

| | |
|---|---|
| KMPG – Peat Marwick | Ziff Brothers Investments |
| Kitchen Cabinet Company | |
| Kingston Hospital Foundation | |
| Konover Associates, Inc. | |
| LaidLaw Transportation Inc. | |

**Government Agencies**

**United States of America**
National Park Service
Postal Service
Department of Agriculture
Department of Interior
Federal Deposit Insurance Corp.

**Commonwealth of Massachusetts**
Town of Lenox

**State of New York**
Department of Environmental Conservation
Office of Mental Retardation and Developmental Disabilities
Industrial Development Authority
Department of Transportation
Office of Parks, Recreation & Historical Preservation
Department of Agriculture and Markets

**City of New York**
NYC Department of Environmental Protection

**County of Clinton**
Department of Planning

**County of Dutchess**
Dept/Agency: Resource Recovery Agency,
Department of Planning
Department of Public Works
Industrial Development Authority
Social Services
County Attorney's Office
Town of: Northeast, Pine Plains, Red Hook, Lagrange, Amenia, Washington, Poughkeepsie

**County of Greene**
Town of Hunter

**County of Orange**
Towns of Warwick, Montgomery

**County of Rockland**
County Executives Office

**County of Ulster**
Dept/Agency: Resource Recovery Agency, Dept of Planning
Towns of: Lloyd, Marlborough, New Paltz

**Courts**

| | |
|---|---|
| United States District Court | Columbia County Supreme Court |
| Southern District of New York | Ulster County Supreme Court |
| New York Court of Claims | Town of Milan Zoning Board of Appeals |
| New York State Superior Court 9Th Judicial Dist. | Town of Northeast Zoning Board of Appeals |
| Dutchess County Supreme Court | City of Kingston Zoning Board of Appeals |

**Financial Institutions**

| | |
|---|---|
| Apex Mortgage Corp. | Freddie Mac |
| American Modular Mortgage | Horizon National Bank |
| Bank of America | Hudson United Bank |
| Bank Leumi | Greenwich Capital Markets |
| Bank of Boston | Guardhill Financial |
| Bank of New York | Island Federal Mortgage |
| Barclays Bank | Key Bank of Maine |
| Beacon Federal Savings Bank | Key Bank NA |
| Berkshire County Savings Bank | M and T Bank |
| California Federal Savings and Loan | Mahopac National Bank |
| Capital Impact Corp. | Marine Midland National Bank |
| City Trust Bank, Bridgeport, CT | Mid-Hudson Savings Bank |
| Citibank NA | New York State Urban Development Corp. |
| Catskill Savings Bank | |
| CBT/Bank of New England | National Bank & Trust Company |
| Chemical Bank | Nomura Asset Capital Corp. |
| Citibank | Parallel Commercial Capital Corp. |
| Delta Funding | People's Westchester Savings Bank |
| East New York Savings Bank | |
| Ellenville National Bank | Poughkeepsie Savings Bank |
| Empire of America S.L.A. | Premiere National Bank |
| Farm Credit, ACA | Production Credit Associations |
| Federal Land Bank | Rhinebeck Savings Bank |
| First National Bank | Riverside Bank |
| First National Bank of Highland | Soverign Bank |
| First National Bank of the Hudson Valley | Stissing National Bank |
| First National Bank of Rhinebeck | The Resolution Trust Corp. |
| First Union Bank | The Savings Bank of Utica |
| Fishkill National Bank | Troy Savings Bank |
| Fleet Bank | Union Savings Bank |
| Fleet Credit Corp. Fleet Norstar Bank | Union State Bank |
| Flushing Savings Bank | |

| **Institutional/Educational** | **Religious** |
|---|---|
| Bard College | Fishkill Baptist Church |
| Cornell University | Marist Fathers Novitiate |
| Hyde Park Central Schools | Red Hook Assembly of God |
| Pine Plains Central Schools | Unification Theological Seminary |
| Red Hook Central Schools | |

**Charitable**
Jane Nuhn Foundation

**Land Conservation Groups**
Adirondack Land Trust/Nature Conservancy
Agricultural Stewardship Association
American Farm Land Trust
Berkshire County Land Trust and Conservation Fund
Columbia Land Conservancy
Dutchess Land Conservancy
Housatonic Valley Association
Hudson Highlands Land Trust
Lake George Basin Land Conservancy
Mohonk Preserve
Nature Conservancy
Open Space Institute
Rondout Valley Land Conservancy
Scenic Hudson Inc.
Trust for Public Lands
Winnakee Land Trust

**Attorneys and Individuals have been served in the USA and Canada.**

**APPRAISAL ASSIGNMENTS:**

| **Agri-Business Properties** | **Community Services** |
|---|---|
| Regional feed mills | Private Water Companies |
| Veal Slaughter and packing plants | Sheltered workshops/administrative offices |
| Fruit storage and processing and packing Facilities | |
| Wineries | |

**Environmental Risks**
Stigma on Residential Properties
Shopping Centers with on-site contamination
Impact of on-site contamination to retail & vacant commercial properties

**Agricultural and County Estate Properties**
Crop Farms
Dairy Farms (including 1200+ cow facilities
Equine estates
Equine training centers
Fruit Farms
Forest tracts
Goat Farm w/milk processing plant
Livestock farms
Nursery/greenhouse/garden centers
Orchards
Orange County Muck farms
Private game preserves
Purchase and donation of Development Rights
Thoroughbred horse breeding farms
Vineyards

**Commercial and Industrial Properties**
Automobile sales and service centers
Banks, branch and full service
Central warehouses
Community/neighborhood shopping centers
Delicatessens
Distribution warehouses
Energy distribution centers
Fast food restaurants
Flour Milling
Funeral Homes
Golf Courses
Hotel/Motels
Industrial Parks
Light industrial flex buildings
Manufacturing facilities
Medical office buildings
Multi-story office buildings
Neighborhood shopping centers
Strip Commercial centers
Supermarkets
Timeshare/resort developments
Tire and alignment shops
Trucking Terminals
Office Parks
Outlet Mills
Petroleum Tank Farm
Retail/Office centers
Retail Strip centers
Restaurants (fast food & full service)
R.V. Campgrounds
Self Storage warehouses

| **Residential Properties** | **Market Studies** |
|---|---|
| Adult Rest Homes | Farm Land development rights |
| Nursing Homes | HUD "Mark to Market rent studies" |
| Condominium Projects | Residential condo/town-home develop- |
| Country Estates | ments |
| Country Home and Mini-Estates | Detrimental impact studies on: cell |
| Garden Apartments | towers, car washes, and adjacent |
| Low-rise Apartment Buildings | commercial uses |
| Multi-Family Residences | |
| Public Housing Projects | |
| Single Family Residences | |
| Subdivision Developments | |
| 2-4 Family Residences | |
| Town House Projects | |

**Property Rights Appraised**

Fee Simple
Lease Fee/Lease Hold
Lease Hold Interest
Partial Interest – Conservation Easements for Charitable deductions of
Development rights

**Vacant Land, including:**
Industrial
Commercial
Agricultural
Multi-family residential
Single-family residential


**Tax Certiorari** analysis of commercial, industrial and residential properties.

**Valuation of Business**: retail/farm supply, industrial laundry.