# JOHN A. MORABITO, AICP

| | |
|---|---|
| **POSITION** | Senior Planner<br>Morris Associates Engineering Consultants<br>Poughkeepsie, NY |
| **EDUCATION** | Dutchess Community College, Poughkeepsie, NY<br>Degree: Associate in Applied Science, Architectural Technology<br>Vassar College, Poughkeepsie, NY<br>Degree: Bachelor of Arts, Urban Studies |
| **CERTIFICATION** | American Institute of Certified Planners – November 2007 |
| **CURRENT EXPERIENCE** | Currently serving as Planning Consultant for the Towns of Hyde Park, Fishkill and Milan<br><br>Planning review for various projects in Towns of Clinton, Pleasant Valley and Village of Millerton |
| **PAST EXPERIENCE** | Town Planner – Town of East Fishkill, NY<br><br>Residential Real Estate Appraiser, William Meyer Appraisals, Poughkeepsie, NY<br><br>Town Planner – Town of Fishkill, NY |
| **PLANNER** | Staff planner for two southern Dutchess municipalities. The Planning Department processed all land use development applications. Reviewed applications and drafted memos regarding completeness and conformance with applicable town codes, Greenway and smart growth guidelines, SEQRA. Drafted land use ordinances for consideration of town board.<br><br>Met with project representatives to resolve development issues. Attended numerous seminars, workshops, forums, etc. to maintain knowledge on issues of importance relating to town and region. Conducted site visits and utilized county GIS data to analyze land development issues for applications and residents. Represented the town in matters pertaining to county water line (E. Fishkill), Hopewell Junction Hamlet Sewer Project, DOT road improvements, PDCTC, etc.<br><br>Sat on local and regional councils and committees, including Poughkeepsie/Dutchess County Transportation Council, Town of Fishkill Comprehensive Plan Revision Committee, Wappingers Creek Watershed Planning Committee, Fishkill Creek Watershed Planning Committee. Consultant for Town Board & Planning Board. |

**COMPREHENSIVE PLAN EXPERIENCE**

For portions of 2002 - 2003, performed the following for the Town of Fishkill for the update of the town's comprehensive plan:

- Organized & facilitated a planning charrette at Town Hall
- Compiled resident/business owner concerns
- Assisted in formulation of public opinion survey
- Assisted in tabulating survey results of 2,000 returned surveys
- Contacted land use experts to speak to Comprehensive Plan Revision Committee on various specific and "hot button" issues
- Assisted in drafting senior housing ordinance in response to concerns of residents during comp plan update process
- Assisted in rezoning of portion of town in conjunction with recommendations of Town Comprehensive Plan

2006-2007 - Assisted Town of Taghkanic in its efforts to complete a comprehensive plan:

- Facilitated public visioning sessions
- Analyzed the town's public opinion survey
- Conducted public meeting on survey results
- Researched various strategies and options for town residents to consider
- Made recommendations to committee re: next steps

2008 – working with Town of Fishkill to review and revise 2005 draft comprehensive plan, assist in completion of SEQRA process for Town Board.