**Exhibit 2**

### Janis Mary Gomez

| | |
|---|---|
| **From:** | Janis Mary Gomez |
| **Sent:** | Thursday, February 02, 2006 2:40 PM |
| **To:** | 'kmcculloch@brgslaw.com' |
| **Subject:** | Woodland Hills Subdivision |

Mr. McCulloch,

Several weeks ago, I sent you a draft conservation easement and promised you a list of additional items needed for the Town to close on a conservation easement. My apologies for the delay in getting this list to you. To close on a Conservation Easement, the Town also requires the following:

Per the Town's Fee Schedule, donation to the Town of $100 per easement acre and $200 per non-easement acre.

Title Report
Title Insurance including the Town as an insured
TP 584
Check for Recording Fees
Subordination of any mortgages

Regards,
Janis


Janis M. Gomez Anderson
Van DeWater & Van DeWater, LLP
40 Garden Street
Poughkeepsie, NY 12601
(845) 452-5900 ext. 114
Fax: (845) 452-5848
jgomez@vandewaterlaw.com

This message is intended only for the use of the individual or entity for which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please return the original to the sender.

02/02/2006