**Exhibit 3**

# Janis Mary Gomez

| | |
|---|---|
| From: | Kenneth McCULLOCH [kmcculloch@brgslaw.com] |
| Sent: | Saturday, February 04, 2006 10:09 AM |
| To: | Janis Mary Gomez |
| Subject: | Re: Woodland Hills Subdivision |

To: Janis Mary Gomez

From: Ken Mc Culloch

Re: Conservation Easement.

Dated: January 4, 2006

We already have a Conservation Easement that has gone through the approval process required by the Town of Milan Planning Board and the Town Board.
We already have final approval, and it is not conditional on any other Conservation Easement. I saw the Draft Conservation easement that you sent to me weeks ago, and read it. It said it was voluntary. We do not want to enter into another Conservation Easement. I thought that by not responding to you, you would understand that. Therefore, any 'additonal requirements' are moot. Please do not spend any time on this matter or bill such time to our escrow account at the Town of Milan.

>>> "Janis Mary Gomez" <jgomez@vandewaterlaw.com> 02/02/06 11:39 AM >>>
Mr. McCulloch,


Several weeks ago, I sent you a draft conservation easement and promised you a list of additional items needed for the Town to close on a conservation easement. My apologies for the delay in getting this list to you. To close on a Conservation Easement, the Town also requires the
following:


Per the Town's Fee Schedule, donation to the Town of $100 per easement acre and $200 per non-easement acre.


Title Report

Title Insurance including the Town as an insured

TP 584

Check for Recording Fees

Subordination of any mortgages


Regards,

Janis



Janis M. Gomez Anderson

1

Van DeWater & Van DeWater, LLP

40 Garden Street

Poughkeepsie, NY 12601

(845) 452-5900 ext. 114

Fax: (845) 452-5848

jgomez@vandewaterlaw.com

This message is intended only for the use of the individual or entity for which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please return the original to the sender.

"MMS <brgslaw.com>" made the following annotations.
------------------------------------------------------------------------
This Message Contains Information Which May Be Confidential And Privileged. Unless You Are The Addressee (Or Authorized To Receive For The Addressee), You May Not Use, Copy Or Disclose To Anyone The Message Or Any Information Contained In The Message.  If You Have Received The Message In Error, Please Advise The Sender By Reply E-Mail info@brgslaw.com, And Delete The Message.  Do Not Forward Without Author's Permission.
Thank You Very Much.

==========================================================================