**Exhibit 9**

Case 1:07-cv-09780-LAP-RLE   Document 60-7   Filed 03/13/2008   Page 1 of 2

# Janis Mary Gomez

**From:** Kenneth McCULLOCH [kmcculloch@brgslaw.com]
**Sent:** Friday, May 05, 2006 5:14 PM
**To:** Janis Mary Gomez
**Subject:** Re: Woodland Hills Subdivision

To: Janis

From: Ken Mc Culloch

I received your e-mail and read the message. Go ahead. I trust you now that I have talked with you. I postponed my surgery for two weeks.

\>>> "Janis Mary Gomez" <jgomez@vandewaterlaw.com> 05/05/06 10:26 AM >>>
Hi Mr. McCulloch,

Conservation Easement

Attached are two copies of the conservation easement, the "redlined" simply shows the changes that have been made to the document which you had originally agreed to and intialed, the "final for TB" just accepts the redlined changes and is what will be presented to the Town Board on Monday to set the public hearing. (The only substantive changes made since I sent it to you Wednesday are a correction to Exhibit references and the addition of the reference to the Town Code that we discussed yesterday.)

The conservation easement will have THREE exhibits, (1) the subdivision map which shows the easement area; (2) the metes and bounds descripton of the easement area; and (3) the existing conditions. I understand that you will be getting me the metes and bounds description as soon as you have it from Mr. Dalbo.

PLEASE CONFIRM THAT YOU ARE OKAY WITH THE CONSERVATION EASEMENT AGREEMENT ATTACHED, SO WE CAN PRESENT TO TOWN BOARD ON MONDAY (you do not need to be there) AND SET THE PUBLIC HEARING DATE.

Plantings
Lauren Kingman advises me he sent you a letter containing the proposal yesterday so you should have it to review next week. Once you have had a chance to review it, you can discuss it with me or him.

Title Insurance Sample/Informaiton
I am still working from home today. I will get you this information when I get back to office next week.

Have a good weekend, and I wish you well with your surgery & a speedy recovery.

Janis

"MMS <brgslaw.com>" made the following annotations.
------------------------------------------------------------------------------
This Message Contains Information Which May Be Confidential And Privileged. Unless You Are The Addressee (Or Authorized To Receive For The Addressee), You May Not Use, Copy Or Disclose To Anyone The Message Or Any Information Contained In The Message. If You Have Received The Message In Error, Please Advise The Sender By Reply E-Mail info@brgslaw.com, And Delete The Message. Do Not Forward Without Author's Permission.
Thank You Very Much.

==============================================================================