**Exhibit 12**

**Van DeWater & Van DeWater, LLP**
40 Garden Street
P.O. Box 112
Poughkeepsie, NY  12602

```
Town of Milan
Attn: Richard Barrett, Supervisor
20 Wilcox Circle
Milan, NY 12571



April 4, 2005
In Reference To: Woodland Hills Subdivision
Matter No.: 9725-00012
Invoice # 25292

SUMMARY:

Previous Balance                                         $    2,066.25

Payments Received                                             <2,066.25>

Current Fees                            418.00

Current Costs                            23.00
                                       ----------
        TOTAL CURRENT CHARGES                                   441.00
                                                             ----------
Total Due                                                $      441.00
                                                             ==========
```

```
    For your convenience, we offer Visa & Master Card as a means of
    paying your bill.  If you wish to use your credit card, please
       complete the information below and return to our office.

Card Holder Name:_____Visa____Mastercard____

Card Number:_____Exp.Date:_____

Signature:_____
```

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Woodland Hills Subdivision

Page 2

Professional Services

|            |      |                                                                                                                                                                                                           | Hours | Amount |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01-10-05   | JEN  | Two telephone calls K. McCulloch re meeting and inspection. Change letter to Lauren Kingman, telephone call Lauren Kingman (message). Short telephone call Lauren Kingman.                                | 0.85  | 80.75  |
| 01-11-05   | JEN  | Telephone call Lauren Kingman re status of SEQR, walk, maps, etc., also re preliminary requirements timing/sequence, etc. Revise letter to Lauren Kingman, to do statement of status, work on conservation esement, to move it ahead. | 0.90  | 85.50  |
| 01-11-05   | JEN  | Later telephone call from Lauren Kingman. Telephone call K. McCulloch re issues for meeting.                                                                                                              | 0.25  | 23.75  |
| 01-12-05   | JEN  | Telephone call Chairman re: meeting issues: site walk, documents need and timing.                                                                                                                          | 0.25  | 23.75  |
| 01-25-05   | JEN  | With Janis Mary Gomez re: bonding and other requirements for conditional approval, consideration while awaiting town board okay.                                                                          | 0.15  | 14.25  |
| 02-01-05   | JMGA | Review of letters from McCulloch regarding negative declaration and letter from Planning Board. Conference call with James E. Nelson and Lauren Kingman regarding same (part of call charged to each of three Milan Planning Board files). | 0.40  | 38.00  |
| 02-01-05   | JEN  | Reviewed negative declaration. Reviewed two letters. Conference call Lauren and                                                                                                                           |       |        |

**Van DeWater & VanDeWater, LLP**

```
Town of Milan
In Reference To: Woodland Hills Subdivision

                                                              Page 3

          Professional Services

                                                Hours         Amount
                                                -----         ------
                    Janis.  Draft letter to K.
                    McCulloch.                   1.20         114.00
02-02-05    JEN     Reviewed revised letter to K.
                    McCulloch.                   0.30          28.50
02-02-05    JEN     no charge: Revise letter to K.
                    McCulloch.                   0.10           0.00
02-02-05    JEN     No charge: Notes to Lauren re:
                    letter to K. McCulloch.      0.10           0.00
02-14-05    JEN     No charge: With Janis Mary
                    Gomez re: changes to biologist
                    report.                      0.10           0.00
02-16-05    JEN     Received letter from Lauren
                    Kingman to Mr. McCulloch.    0.10           9.50
                                                 -----       --------
                                                 4.70         418.00


          Additional Charges:

          Fax charges                                          23.00
                                                             --------
                              Total Costs              $       23.00
```