**Exhibit 13**

# Van DeWater & Van DeWater, LLP
## 40 Garden Street
## P.O. Box 112
## Poughkeepsie, NY  12602

```
Town of Milan
Attn: Richard Barrett, Supervisor
20 Wilcox Circle
Milan, NY 12571



April 4, 2005
In Reference To: McCulloch v. Town of Milan
Matter No.: 9725-00013
Invoice # 25293

SUMMARY:

Current Fees                               3,926.25
                                          ----------
            TOTAL CURRENT CHARGES                            3,926.25
                                                            ----------
Total Due                                             $      3,926.25
                                                            ==========
```

```
      For your convenience, we offer Visa & Master Card as a means of
        paying your bill.  If you wish to use your credit card, please
             complete the information below and return to our office.

Card Holder Name:_____Visa____Mastercard_____

Card Number:_____Exp.Date:_____

Signature:_____
```

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: McCulloch v. Town of Milan

Page 2

Professional Services

|          |      |                                                              | Hours | Amount |
|----------|------|--------------------------------------------------------------|-------|--------|
| 12-30-04 | JEN  |                                                              | 0.25  | 30.00  |
| 01-03-05 | LRS  |                                                              | 3.50  | 262.50 |
| 01-03-05 | JEN  |                                                              | 0.15  | 18.00  |
| 01-03-05 | JEN  |                                                              |       |        |
| 01-03-05 | JEN  | ENTRIES REDACTED TO PROTECT ATTORNEY-CLIENT PRIVILEGE        | 3.20  | 384.00 |
| 01-05-05 | JEN  |                                                              | 0.75  | 90.00  |
| 01-05-05 | JEN  |                                                              | 0.30  | 36.00  |
| 01-05-05 | JMGA |                                                              | 1.15  | 138.00 |
| 01-05-05 | LRS  |                                                              | 3.60  | 432.00 |
| 01-06-05 | JEN  |                                                              | 0.25  | 0.00   |
| 01-06-05 | JEN  |                                                              | 0.90  | 108.00 |

## Van DeWater & VanDeWater, LLP

```
Town of Milan
In Reference To: McCulloch v. Town of Milan

                                                              Page 3

        Professional Services

                                                   Hours        Amount
                                                   -----        ------


                                                    2.00        240.00
  01-06-05    JMGA


                                                    4.80        576.00
  01-06-05    LRS


                                                    1.00         75.00
  01-06-05    LRS
                        ENTRIES REDACTED TO
                        PROTECT ATTORNEY-CLIENT    1.25         93.75
  01-07-05    JEN       PRIVILEGE
                                                    0.20         24.00
  01-07-05    JEN




                                                    1.20        144.00
  01-07-05    JEN




                                                    1.40        168.00
  01-07-05    JMGA






                                                    4.90        588.00
```

Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: McCulloch v. Town of Milan

Page 4

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 01-07-05 | LRS |  | 1.00 | 75.00 |
| 01-10-05 | JEN |  |  |  |
| 01-10-05 | JMGA | ENTRIES REDACTED TO PROTECT ATTORNEY-CLIENT PRIVILEGE | 1.65 | 198.00 |
| 02-22-05 | JMGA |  | 0.25 | 30.00 |
| 02-23-05 | JEN |  | 1.30 | 156.00 |
| 02-27-05 | JEN |  | 0.30 | 0.00 |
| 02-27-05 | JEN |  | 0.10 | 0.00 |
|  |  |  | 0.50 | 60.00 |
|  |  |  | 35.90 | 3,926.25 |

Van DeWater & VanDeWater, LLP