**Exhibit 11**

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Planning Board - General

Page 2

Professional Services

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 01-24-05 | | JMG | E-mail to Karen Buechele regarding template of driveway agreement and language for cover memorandum and minutes after each meeting. Discussion with James E. Nelson regarding template agreement and cover memorandum. | 0.20 | 19.00 |
| (General) | | | | | |
| 01-25-05 | | JMG | Review of e-mail from Lauren Kingman regarding assuring compliance with insurance and performance requirements for McCulloch Subdivision. Discussion regarding same with James E. Nelson. Telephone call to Lauren Kingman regarding same. | 0.50 | 47.50 |
| Woodland | | | | | |
| 01-30-05 | | JMG | Research on requirement under Town Law 280-a to create open development area in subdivisions to which access is provided by easement or right of way. | 0.30 | 28.50 |
| (General) | | | | | |
| 02-01-05 | | JMG | Background research on legal requirements for conservation easements including review of Environmental Conservation Law Title 49 Art. 3 and 200-39 of Milan Town Code in preparation for preparation of conservation easement for Carrozola Subdivision. Web research for sample conservation easement and telephone call to D.E.C. Telephone call from Tim Ross. Conference call with James E. Nelson and Lauren Kingman | | |
| (General) Carrozola Woodcu... Hosfeaty (Avalu?) | | | | | |

Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Planning Board - General

Page 3

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | (part of call charged to each of three Milan Planning Board files). | 1.30 | 123.50 |
| 02-10-05 | JMG | Three long telephone calls with Linda Murray (one with James E. Nelson ) to work out Open Development Area conditions and to discuss how Town Law 280-a works in conjunction with Milan Code 200-10. Legal research regarding same and conference with James E. Nelson regarding same. Also discussed CPD Properties zoning enforcement and faxed copies of correspondence to her. Telephone call from James Modafferi to update on CPD Properties. | 4.70 | 446.50 |
| 03-08-05 | JEN | With J. Gomez regarding issues to be presented at meeting including ODA process, security for improvements, conservations easements, etc. | 0.80 | 100.00 |
| 03-09-05 | JEN | Check other codes which prohibit preapproval ground clearing. | 0.20 | 25.00 |
| 03-24-05 | CSR | Conference with Gerard J. Comatos regarding conservation easement. Telephone conference with Lauren Kingman regarding same. Prepare conservation easement. Review pertinent state and local statutes regarding same. Revise conservation easement. Telephone conferences with Ellen Haggerty regarding deed, |  |  |

Handwritten annotations in left margin: "General", "Code Enf -", "General", "General", "General", "Hoghan"
Handwritten annotation at right: "2020.4"

Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Planning Board - General

Page 4

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | timeline, description and easement. Telephone conference with Lauren Kingman regarding revisions and reverter issue. Telephone call attempted to Linda Murray regarding easement - left message. | 1.85 | 231.25 |
| 04-01-05 | JEN | With Janis Mary Gomez (.50) regarding no work until final approval and with her later regarding same and need to meld bonding, planning board resolution, work start and plot times. | 0.65 | 81.25 |
| 04-07-05 | JEN | With Janis Mary Gomez regarding current issues. | 0.30 | 37.50 |
| 05-20-05 | JEN | Re: Chestnut Mobil -- With Janis Mary Gomez regarding Chestnut issues. Review her memo | 0.25 | 31.25 |
| 05-25-05 | JMG | (Chestnut Mart) Legal research on whether can vary provision of zoning law which uses the word "shall". Telephone call to and telephone message to Lauren Kingman regarding same. | 2.30 | 218.50 |
| 05-31-05 | JMG | (Chestnut Mart) Telephone message from and return telephone message to Lauren Kingman. Discussion with Lauren Kingman regarding 200-10(F) of Zoning Code and whether relevant to Chestnut Mart application. Draft of letter regarding variance of shall provision of footnote 6 of Table B of Bulk and Area |  |  |

Handwritten annotations in left margin: "general", "general", "chestnut", "chestnut", "chestnut"

Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Planning Board - General

Page 5

Professional Services

|  | Hours | Amount |
|---|---|---|
| Requirements. | 1.00 | 95.00 |
|  | 14.35 | 1,484.75 |

8020.41

8020.   8010

ESCROW

| General | Cole | Woodland | Corrigola | Haggerty | Chestnut |
|---|---|---|---|---|---|
| 19.00 |  | ✓ 47.50 |  |  |  |
| 28.50 |  |  |  |  |  |
| $78.50 |  | (25.00) | 25.00 | 25.00 |  |
| 400.00 | 46.50 |  |  |  |  |
| 100.00 |  |  |  |  |  |
| 25.00 |  |  |  |  |  |
| 137.25 |  |  |  | 100.00 |  |
| 81.25 |  |  |  |  | 31.25 |
| 37.50 |  |  |  |  | 218.50 |
|  |  |  |  |  | 95.00 |
| 871. | (46.50) | (72.50) | (25.00) | (125.00) | (344.75) |