**Exhibit 13**

**Van DeWater & Van DeWater, LLP**
40 Garden Street
P.O. Box 112
Poughkeepsie, NY  12602

```
Town of Milan
Attn: Richard Barrett, Supervisor
20 Wilcox Circle
Milan, NY 12571



April 4, 2005
In Reference To: McCulloch v. Town of Milan
Matter No.: 9725-00013
Invoice # 25293

SUMMARY:

Current Fees                            3,926.25
                                       ----------
         TOTAL CURRENT CHARGES                        3,926.25
                                                     ----------
Total Due                                         $   3,926.25
                                                     ==========
```

```
    For your convenience, we offer Visa & Master Card as a means of
     paying your bill.  If you wish to use your credit card, please
          complete the information below and return to our office.

Card Holder Name:_____Visa____Mastercard_____

Card Number:_____Exp.Date:_____

Signature:_____
```

## Van DeWater & VanDeWater, LLP

```
Town of Milan
In Reference To: McCulloch v. Town of Milan

                                                           Page 2

         Professional Services

                                             Hours       Amount
                                             -----       ------
12-30-04      JEN
                                              0.25        30.00
01-03-05      LRS

                                              3.50       262.50
01-03-05      JEN                             0.15        18.00
01-03-05      JEN


                                              3.20       384.00
01-03-05      JEN    ENTRIES REDACTED TO
                     PROTECT ATTORNEY-CLIENT
                     PRIVILEGE                0.75        90.00
01-05-05      JEN


                                              0.30        36.00
01-05-05      JEN


                                              1.15       138.00
01-05-05      JMGA




                                              3.60       432.00
01-05-05      LRS
                                              0.25         0.00
01-06-05      JEN




                                              0.90       108.00
01-06-05      JEN
```

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: McCulloch v. Town of Milan

Page 3

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01-06-05 | JMGA | | 2.00 | 240.00 |
| 01-06-05 | LRS | | 4.80 | 576.00 |
| 01-06-05 | LRS | ENTRIES REDACTED TO PROTECT ATTORNEY-CLIENT PRIVILEGE | 1.00 | 75.00 |
| 01-07-05 | JEN | | 1.25 | 93.75 |
| 01-07-05 | JEN | | 0.20 | 24.00 |
| 01-07-05 | JEN | | 1.20 | 144.00 |
| 01-07-05 | JMGA | | 1.40 | 168.00 |

4.90   588.00

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: McCulloch v. Town of Milan

Page 4

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 01-07-05 | LRS |  | 1.00 | 75.00 |
| 01-10-05 | JEN |  |  |  |
| 01-10-05 | JMGA | ENTRIES REDACTED TO PROTECT ATTORNEY-CLIENT PRIVILEGE | 1.65 | 198.00 |
| 02-22-05 | JMGA |  | 0.25 | 30.00 |
| 02-23-05 | JEN |  | 1.30 | 156.00 |
| 02-27-05 | JEN |  | 0.30 | 0.00 |
| 02-27-05 | JEN |  | 0.10 | 0.00 |
|  |  |  | 0.50 | 60.00 |
|  |  |  | 35.90 | 3,926.25 |

Van DeWater & VanDeWater, LLP