**Exhibit 14**

# Van DeWater & Van DeWater, LLP
### 40 Garden Street
### P.O. Box 112
### Poughkeepsie, NY  12602

Town of Milan
Attn: Richard Barrett, Supervisor
20 Wilcox Circle
Milan, NY 12571


December 27, 2004
In Reference To: Woodland Hills Subdivision
Matter No.: 9725-00012
Invoice # 23695

SUMMARY:

| | | |
|---|---|---|
| Current Fees | 2,047.25 | |
| Current Costs | 19.00 | |
| | ---------- | |
| TOTAL CURRENT CHARGES | | 2,066.25 |
| | | ---------- |
| Total Due | $ | 2,066.25 |
| | | ========== |


For your convenience, we offer Visa & Master Card as a means of
paying your bill.  If you wish to use your credit card, please
complete the information below and return to our office.

Card Holder Name:_____Visa____Mastercard____

Card Number:_____Exp.Date:_____

Signature:_____

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Woodland Hills Subdivision

Page 2

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11-02-04 | JEN | Review of applicants letter and schedules.  Investigation of law re SEQRA issues to be reviewed.  Telephone call (message) and telephone call Chair to advise.  More review to follow. | 1.85 | 175.75 |
| 11-03-04 | JEN | Earlier investigation of law re perfection.  Reviewed Nowicki report and documents. Call Chair (.5). Further preparation for meeting. | 1.30 | 123.50 |
| 11-03-04 | JEN | At office 5:45 pm preparation re SEQR/276, to Board Meeting, at Town Hall 6:45 - 8:55 for public hearing, briefly with Lauren Kingman.  Reduced for travel. | 2.45 | 232.75 |
| 11-04-04 | JEN | Revised notes, did to do and advice list for Chair. | 0.25 | 23.75 |
| 11-08-04 | JEN | Telephone call Lauren Kingman (message).  Meet re McCullock review, investigation of law re same. | 0.40 | 38.00 |
| 11-09-04 | JEN | No Charge - First review of letter from Lauren Kingman. | 0.10 | 0.00 |
| 11-19-04 | JEN | No Charge - P.M. telephone call McCulloch re visit after telephone call L. Kingman re need for identification of habitat. | 0.10 | 0.00 |
| 11-19-04 | JEN | Note from L. Kingman.  Long (44 minute) telephone call McCulloch, message to L. Kingman. | 0.85 | 80.75 |
| 11-19-04 | JEN | Telephone call L. Kingman re meeting and habitat identification before. | 0.20 | 19.00 |
| 11-19-04 | JEN | Telephone call L. Kingman re |  |  |

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Woodland Hills Subdivision

Page 3

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| | | rules of procedure. | 0.15 | 14.25 |
| 11-22-04 | JEN | Reviewed letter and attachments from McCulloch. To L. Kingman. Long (.70), telephone call to L. Kingman. | 0.95 | 90.25 |
| 11-22-04 | JEN | Reviewed Nowicki report and McCulloch letter, letter to McCulloch. Reviewed memo. Compare to Nowicki report. Note to L. Kingman. | 1.10 | 104.50 |
| 11-23-04 | JEN | Reviewed letter from Mc Culloch to Nelson and Kingman. Telephone call Lauren Kingman. Long conference call Lauren Kingman and McCulloch re trees, habitats, etc. Telephone call (message) to T. Fink, telephone call (message) T. Fink. | 1.40 | 133.00 |
| 11-23-04 | JEN | Telephone call K. McCulloch re want/waiting for T. Fink's review, Saturday walk no good. | 0.15 | 14.25 |
| 11-24-04 | JEN | Telephone call T. Fink, telephone call Lauren Kingman (message) telephone call Lauren Kingman, telephone call (message) T. Fink, all working to set up conference re review of Mr. McCulloch's potential proposal. | 0.40 | 38.00 |
| 11-29-04 | JEN | Reviewed notes, on conference call with Chair and T. Fink (.40), compose letter to K. McCulloch re CND issues and neg dec and revise (.90). Calls with V. Tripp and messages to and from Chair re same, and Board's needs for neg dec and long telephone | | |

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Woodland Hills Subdivision

Page 4

Professional Services

|            |     |                                                                                                                                                                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | call re same.                                                                                                                                                                                              | 1.55  | 147.25 |
| 12-02-04   | JEN | Telephone call Lauren Kingman, telephone call K. McCulloch.                                                                                                                                                | 0.20  | 19.00  |
| 12-02-04   | JEN | Telephone calls with K. McCulloch re CND issue, telephone calls with Lauren Kingman re same.  Work on open issues.                                                                                         | 1.60  | 152.00 |
| 12-03-04   | JEN | Telephone call L. Kingman re doing neg dec.  Telephone call K. McCulloch.                                                                                                                                  | 0.35  | 33.25  |
| 12-06-04   | JEN | Pull documents, telephone call L. Kingman and T. Fink re neg dec and work to be done, review of criteria.  Follow up telephone calls and messages T. Fink, L. Kingman and K. McCulloch to 10:13.  Diary. Later telephone call K. McCulloch. | 1.20  | 114.00 |
| 12-08-04   | JEN | Telephone call L. Kingman (message), telephone call L. Kingman (.7) telephone call K. Kingman, telephone call (messages) to Albany and New Paltz DEC.  Telephone call K. McCulloch.  Telephone call (message) L. Kingman re time for type 1, copy of letter to K. McCulloch. | 1.30  | 123.50 |
| 12-08-04   | JEN | Telephone call L. Kingman and Karen, then with Lauren re issues on federal letter (capacity/expires/search/report to feds, etc.)                                                                           | 0.60  | 57.00  |
| 12-08-04   | JEN | Telephone call Karen re fed letter issues (capacity/experience/search/repo to feds or not, etc.)                                                                                                           | 0.20  | 19.00  |

## Van DeWater & VanDeWater, LLP

Town of Milan
In Reference To: Woodland Hills Subdivision

Page 5

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12-08-04 | JEN | Telephone call L. Kingman and telephone call Karen before telephone call from M. Nowicki and K. McCulloch, on Mc McCulloch/Nowicki/Kingman call.  Telephone call from Lauren re how he expects to proceed with Ted Fink.  Motion to authorize neg dec prep | 1.25 | 118.75 |
| 12-08-04 | JEN | Telephone call McCulloch. Telephone call L. Kingman (message).  Vote will be to authorize neg dec.  Can't be done tonight. | 0.35 | 33.25 |
| 12-08-04 | JEN | Prep for Planning Board meeting.  Leave at 6 pm.  To Planning Board meeting.  At meeting, reviewed L. Kingman's outline.  Motion to direct draft of neg dec, done.  Out at 7:30, back at 8:05 pm. | 1.50 | 142.50 |
| 12-09-04 | JEN | No Charge - Telephone call from Joe of DEC re: bat habitat.  Note to file. | 0.30 | 0.00 |
| | | | 22.05 | 2,047.25 |

Additional Charges:

Fax charges                                                    19.00

Total Costs                            $      19.00