**RICE & AMON**
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

SHELDON DAMSKY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

March 12, 2008
Via Fax (212) 805-7941

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

**MEMO ENDORSED**

Re: Mc Culloch v. Town of Milan
     07 Civ 9780 (LAP)(RLE)

Dear Judge Preska:

We represent the Defendants in the above-captioned matter. I just received Plaintiff's opposition to the Defendants' motion to dismiss the amended complaint. As you know, I must file the opposition to Plaintiff's motion for a preliminary injunction tonight and will be continuing to work on those papers until late this evening. I understand that the Town's reply memorandum of law in support of its motion to dismiss the amended complaint is due on March 14, 2008.

As a result of time constrains and the necessity to respond to a 40-page opposition memorandum of law, I request that the time for Defendants to file a reply memorandum of law be extended to march 21, 2008

Thank you for your consideration.

Very truly yours,

Terry Rice

TR-wp-0312/35
cc: K. Mc Cullogh (212) 398-9512

*Request granted.
So ordered. March 14, 2008
Part I
Miriam Goldman Cedarbaum,
United States District Judge*