UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**CARMEN OTERO Mc CULLOCH**,

Plaintiff,

-against-                                            **07 CV 9780 (LAP) (RLE)**

**TOWN OF MILAN, TOWN OF MILAN TOWN BOARD,
JOHN V. TALMADGE**, Town Supervisor, and **ALFRED
LO BRUTTON, PAULINE COMBE-CLARK, DIANE
MAY**, and **ROSS WILLIAMS**, Councilpersons, **TOWN OF
MILAN PLANNING BOARD, LAUREN KINGMAN**,
Chairman, and Members **JEFFREY ANAGOS, PETER
GROSS, SHEILA MARGIOTTA, MARY ANN
HOFFMAN,** and **PAULINE COMBE-CLARK, GARY
E. BECK**, Zoning Enforcement Officer, Town of Milan, and
**FRANK MARGIOTTA, BARBARA HUGHEY,** and
**CHARLOTTE NORMAN,**

Defendants.

-------------------------------------------------------------------X

_____

**DEFENDANTS' REPLY MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**
_____

Rice & Amon
Attorneys for Defendants
Four Executive Boulevard
Suite 100
Suffern, New York 10901
(845) 357-4000

Terry Rice

## TABLE OF CONTENTS

**POINT I**

      **PLAINTIFF'S CLAIMS ARE NOT RIPE**      1

**POINT II**

      **CHALLENGE TO SUBDIVSION CONDITIONS**
      **BARRED BY STATUTE OF LIMITATIONS**      3

**POINT III**

      **FAIR HOUSING ACT CLAIMS BARRED**
      **BY STATUTE OF LIMITATIONS**      5

**POINT IV**

      **THE COMPLAINT FAILS TO STATE A CAUSE OF**
      **ACTION PURSUANT TO THE FAIR HOUSING ACT**      8

**POINT V**

      **PLAINTIFFS LACK A PROPERTY INTEREST**      11

**POINT VI**

      **CONSULTANT FEES PROPER**      12

**POINT VII**

      **PLAINTIFF DOES NOT POSSESSES A**
      **SUBSTANTIVE DUE PROCESS CLAIM**      15

**POINT VIII**

      **THE COMPLAINT FAILS TO STATE A**
      **PROCEDURAL DUE PROCESS CLAIM**      16

**POINT IX**

      **NO TAKING CLAIM EXISTS**
      **AS A MATTER OF LAW**      16

**POINT X**

      **CLAIMS AGAINST INDIVIUDAL DEFENDANTS
BARRED BY *KNORR-PENNINGTON* DOCTRINE**     17

**POINT XI**

      **FAILURE TO ALLEGE FILING OF PROPER NOTICE
OF CLAIM BARS CLAIM PURSUANT TO
NEW YORK STATE CONSTITUTION, STATE LAW**     17

**POINT XII**

      **PUNITIVE DAMAGES NOT RECOVERABLE
AGAINST MUNICIPAL CORPORATIONS/OFFICIALS**     18

**POINT XIII**

      **DECLARATORY RELIEF BARRED**     18

**CONCLUSION**     19

# TABLE OF CITATIONS

<u>Federal Decisions</u>

*Assisted Living Associates of Moorestown LLC v. Moorestown Township*, 996 F.Supp. 409 (D.N.J. 1998)     1

*Bailey v. New York City Transit Authority*, 1994 WL 376046 (S.D.N.Y. 1993)     5

*Bailey v. Tricolla*, 1995 WL 548714 (E.D.N.Y. 1995)     5

*Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007)     8

*Blankman v. County of Nassau*, 819 F.Supp. 198 (E.D.N.Y. 1993),
*aff'd*, 14 F.3d 592 (2d Cir. 1993)     6, 7

*Blesedell v. Mobil Oil Co.*, 708 F.Supp. 1408 (S.D.N.Y. 1989)     6

*Bryant Woods Inn, Inc. v. Howard County*, 124 F.3d 597 (4th Cir. 1997)     1

*Chardon v. Fernandez*, 454 U.S. 6 (1981)     5

*Cole v. Housing Authority of the City of Newport*, 435 F.2d 807 (1st Cir. 1970)     7, 9

*Covington v. City of New York*, 916 F.Supp. 282 (S.D.N.Y. 1996)     5

*Day v. Moscow*, 769 F.Supp. 472 (S.D.N.Y. 1991),
*aff'd*, 955 F.2d 807 (2d Cir.), *cert. denied*, 506 U.S. 821 (1992)     6

*Findlay v. Reynolds Metal Co., Inc.*, 82 F.Supp.2d 27 (N.D.N.Y. 2000)     5

*Gleason v. McBride*, 715 F.Supp. 59 (S.D.N.Y.1988),
*modified on other grounds*, 869 F.2d 688 (2d Cir.1989)     7

*Greenbrair, Ltd. v. City of Alabaster*, 881 F.2d 1570 (11th Cir. 1989)     2

*Groome Resources Ltd, LLC v. Parish of Jefferson*, 234 F.3d 192 (5th Cir. 2000)     1

*Havens Realty Corp. v. Coleman*, 455 U.S. 363 (1982)     7

*Howard v. Town of Bethel*, 481 F.Supp.2d 295 (S.D.N.Y. 2007)     14

*Ishikawa v. New York Dept. of Cultural Affairs*,
1993 WL 362393 (S.D.N.Y. 1993)     5

*King v. New Rochelle Municipal Housing Authority*, 442 F.2d 646 (2d
Cir.), *cert. denied,* 404 U.S. 863 (1971) ... 9

*Kittay v. Giuliani*, 112 F.Supp.2d 342 (S.D.N.Y. 2000),
*aff'd*, 252 F.3d 645 (2d Cir. 2001) ... 2

*LaBeach v. Nestle Co.*, 658 F.Supp. 676 (S.D.N.Y.1987) ... 5

*Lee v. Town Board of the Town of Ellicott*,
151 Fed.Appx. 18 (2d Cir. 2005) ... 7

*Marathon Outdoor, LLC v. Vesconti*, 107 F.Supp.2d 355 (S.D.N.Y. 2000) ... 2

*Martin v. Nannie and the Newborns, Inc.,* 3 F.3d 1410 (3d Cir. 1993) ... 6

*National Railroad Passenger Corp. v. Morgan*, 536 U.S. 101 (2002) ... 7

*Patsy v. Florida Board of Regents*, 457 U.S. 496 (1982) ... 2

*Rassam v. San Juan College Board*, 113 F.3d 1247,
1997 WL 253048 (10th Cir. 1997) ... 6

*Shapiro v. Thompson*, 394 U.S. 618 (1969) ... 9

*Singleton v. City of New York*, 632 F.2d 185 (2d Cir. 1980),
*cert. denied*, 450 U.S 920 (1981) ... 7

*Tari v. Collier County*, 56 F.3d 1533 (11th Cir. 1995) ... 2

*Town of Southold v. Town of East Hampton*, 406 F.Supp.2d 227
(E.D.N.Y. 2005), *affirmed in part, vacated in part*, 477 F.3d 38 (2d Cir. 2007) ... 5-6

*Weissman v. Fruchtman*, 700 F.Supp. 746 (S.D.N.Y. 1988) ... 2

*Williamson County Regional Planning Commission v.
Hamilton Bank*, 473 U.S. 172 (1985) ... 2

New York State Decisions

*Allen v. Town of North Hempstead,* 121 Misc.2d 795, 469 N.Y.S.2d 795
(Sup. Ct. Nassau Co. 1983), *aff'd*, 103 A.D.2d 144, 478 N.Y.S.2d 919
(2d Dept. 1984) ... 9

*Berenson v. Town of New Castle*, 28 N.Y.2d 102,
378 N.Y.S.2d 672, 341 N.E.2d 236 (1975) ... 9-10, 10 n. 3

*Casolaro v. Zoning Board of Appeals of the Village of Elmsford*,
200 A.D.2d 742, 607 N.Y.S.2d 79 (2d Dept. 1994)     4

*Coates v. Planning Board of the Village of Bayville*, 58 N.Y.2d 800,
459 N.Y.S.2d 259, 260, 445 N.E.2d 642 (1983)     14

*Home Builders Association of Central New York v. Town of Onondaga*,
267 A.D.2d 973, 701 N.Y.S.2d 542 (4th Dept. 1999)     12, 13

*Jewish Reconstructionist Synagogue of N. Shore v. Village of Roslyn
Harbor*, 40 N.Y.2d 158, 386 N.Y.S.2d 198, 352 N.E.2d 115 (1976)     14

*Kennedy v. Zoning Board of Appeals of the Village of Croton-on-Hudson*,
78 N.Y.2d 1083, 578 N.Y.S.2d 120, 585 N.E.2d 369 (1991)     4

*Mc Cartney v. Village of East Williston*, 149 A.D.2d 597,
540 N.Y.S.2d 456 (2d Dept. 1989)     4 n. 2

*Open Space Council v. Planning Board of the Town of Brookhaven*,
152 A.D.2d 698, 543 N.Y.S.2d 754 (2d Dept. 1989)     3

*Pickett v. Town of Tusten Zoning Board of Appeals,* 169 A.D.2d 906,
564 N.Y.S.2d 625 (3d Dept. 1991)     4

*Properties of New York, Inc. v. Planning Board of the Town of Stuyvesant*,
35 A.D.3d 941, 825 N.Y.S.2d 575 (3d Dept. 2006)     12

*Twin Lakes Development Corp. v. Town of Monroe*, 1 N.Y.3d 98, 769
N.Y.S.2d 445, 801 N.E.2d 821 (2003)     14

*Wildlife Associates v. Town Board of the Town of Southampton*, 141
A.D.2d 651, 529 N.Y.S.2d 548 (2d Dept. 1988)     14

New York State Administrative Decisions

90 Op.Cptr. 14, 1990 WL 507605 (1990)     14

New York State Statutes

General Municipal Law § 50-e     15 n. 6

Town Law § 118     14

Town Law § 119     14