USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

# RICE & AMON
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

SHELDON DAMSKY
OF COUNSEL

March 21, 2008
Via Fax (212) 805-7941

Hon. Loretta A. Preska
United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

    Re: **Mc Culloch v. Town of Milan**
        **07 Civ 9780 (LAP)(RLE)**

Dear Judge Preska:

    I represent the Defendants in the above-captioned matter. The Defendants' reply papers in support of the previously filed motion to dismiss the amended complaint will be filed later today. Plaintiff was granted permission to and did file a 40-page memorandum of law in opposition to the motion. Because of the length of Plaintiff's memorandum of law, I request permission to file a memorandum of law not to exceed 25-pages.

    Thank you for your consideration.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Very truly yours,
/s/ Terry Rice
Terry Rice

TR-wp-0321/38
cc: K. Mc Cullogh (212) 398-9512

March 25, 2008