UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

**CARMEN OTERO MC CULLOCH,**

          **PLAINTIFF,**

v.

**TOWN OF MILAN, TOWN OF MILAN TOWN BOARD, JOHN V. TALMADGE,** Town Supervisor, and **ALFRED LO BRUTTON, PAULINE COMBE-CLARK, DIANE MAY,** and **ROSS WILLIAMS,** Councilpersons, And

**TOWN OF MILAN PLANNING BOARD, LAUREN KINGMAN,** Chairman, and Members **JEFFREY ANAGOS, PETER GOSS, SHEILA MARGIOTTA, MARY ANN HOFFMAN, AND PAULINE COMBE-CLARK** And **GARY E. BECK,** Zoning Enforcement Officer, Town of Milan, And

Frank Margiotta, Barbara Hughey, And Charlotte Norman

          **DEFENDANTS**.
───────────────────────────────────

Civil Action No. 07 CIV 9780 (LAP) (RLE)

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S ATTORNEY**

**PLEASE TAKE NOTICE,** that Kenneth J. Mc Culloch, the attorney for the Plaintiff, has moved his office location and that the new location should be used for any mailings in this action. The new address is Kenneth J. Mc Culloch, Esq., 160 Broadway, Suite 900, New York, N.Y. 10038. The office telephone number remains the same as 212-398-9508. The office fax remains the same as 212-398-9512. The e-mail address remains the same as KMcCulloch@BRGSLAW.com. The cell-phone for Mr. Mc Culloch remains the same as 917-748-0771.

1

2

Dated: June 6, 2008                     Respectfully submitted,

_____/s/_____
Kenneth Mc Culloch (3372)
Attorney for Plaintiff
160 Broadway, Suite 900
New York, N.Y. 10038
Tel. 212-398-9508
e-mail KMcCulloch@BRGSLAW.com

Case 1:07-cv-09780-LAP-RLE   Document 69   Filed 06/06/2008   Page 2 of 2