UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
CARMEN OTERO MCCULLOCH,              :
                                     :
                Plaintiff,           :   07 Civ. 9780 (LAP)
                                     :
     -against-                       :   ORDER
                                     :
TOWN OF MILAN, et. al,               :
                                     :
                Defendants.          :
------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

LORETTA A. PRESKA, U.S.D.J.:

    The motion to dismiss (dkt. nos. 20, 22) was granted in part and denied in part by the Court's order of July 18, 2008 (dkt. no. 70). The motion for a permanent injunction (dkt. no. 42) was denied because the Court declined to exercise supplemental jurisdiction over the claim.

    The Clerk of the Court shall so indicate on the docket sheet.

SO ORDERED:

Dated:    New York, New York
           July 21, 2008

                                      _____
                                      LORETTA A. PRESKA, U.S.D.J.