<u>McCulloch v. Town of Milan</u>
07 Civ. 9780 (LAP)



ORDER

      In response to the Court's instruction that the parties confer and agree upon a discovery schedule, counsel have instead forwarded to the Court their letters to each other proposing different schedules. Counsel are reminded that they are not to send the Court copies of their correspondence but are to confer with each other in good faith and propose a schedule.

August 8, 2008　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　*Loretta A. Presley*
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.