```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN MCCULLOCH,

                Plaintiff,

      - against -

TOWN OF MILAN, et al.,

                Defendants.

**ORDER**

07 Civ. 9780 (LAP) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following review of submissions from the Parties regarding Plaintiff's request to file a motion for sanctions, Plaintiff's request is **DENIED**. Further,

**IT IS HEREBY ORDERED** that Defendant Town of Milan's Town Office be prepared and the appropriate personnel available for Plaintiff's in-person review of relevant documents on April 22, 2009, beginning at 9:30 a.m.

**SO ORDERED this 16th day of April 2009**
New York, New York

*/s/ Ronald L. Ellis*
**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**