UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CARMEN MCCULLOCH,                       :
                                        :
                        Plaintiff,      :
                                        :              **ORDER**
            - against -                 :
                                        :        **07 Civ. 9780 (LAP) (RLE)**
TOWN OF MILAN, et al.,                  :
                                        :
                        Defendants.     :
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/09

**RONALD L. ELLIS, United States Magistrate Judge:**

　　　　**IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference with the

Court on **June 17, 2009, at 11:30 a.m.** The purpose of this conference is to address various

outstanding discovery matters.

**SO ORDERED this 11th day of June 2009**
**New York, New York**

_Ronald Ele_

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**